James McManis (SBN 40958)
MCMANIS FAULKER & MORGAN
50 W. San Fernando St., Tenth Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
E-Mail: jmcmanis@mfmlaw.com

Attorneys for Plaintiffs
[Additional Counsel for Plaintiffs Appear on Signature Page]


Steven H. Frankel (SBN 171919)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472
Email: sfrankel@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY
[Additional Counsel for Other Defendants Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE FARM MUT. AUTO. INS. CO., et al.,<br><br>        Defendants. | Case No. C06-01962 (JW) (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS |

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 6-1, plaintiffs Sarah Perez, Michelle Lackney, Rachel Stewart, and Rachel Hardyck ("Plaintiffs") and defendants State Farm Mutual Automobile Insurance Company ("State Farm"), Allstate Insurance Company ("Allstate"), GEICO, Liberty Mutual Insurance Company ("Liberty Mutual"), and Certified Automotive Parts Association ("CAPA") (collectively "Defendants"), through their respective counsel, stipulate and agree as follows: |

1. On May 5, 2006, Defendants filed joint motions to dismiss Plaintiffs' First Amended Complaint (the "Joint Motions"). In addition, defendants Allstate, GEICO and CAPA filed separate motions to dismiss Plaintiffs' First Amended Complaint (the "Separate Motions").

2. The Joint Motions and Separate Motions were originally scheduled for hearing on July 31, 2006 at 9:00 a.m. However, on May 9, 2006, the Court reset the hearing on the motions to September 11, 2006 at 9:00 a.m.

3. The parties have met and conferred and agreed on a briefing schedule for the Joint and Separate Motions in light of the new hearing date. Pursuant to the schedule agreed to, Plaintiffs shall file their Oppositions to the Joint Motion and Separate Motions by July 17, 2006, and Defendants shall file their Replies in Support of the Joint Motions and Allstate, GEICO and CAPA shall file their Replies in support of their respective Separate Motions by August 21, 2006.

4. Under this schedule, briefing on the pending motions will be concluded 21 days prior to the September 11, 2006 scheduled hearing.

IT IS SO STIPULATED.

May 22, 2006                          MCMANIS FAULKER & MORGAN

                                      By _____
                                         James McManis
                                         Colleen Duffy Smith

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

- 1 -

STIPULATION AND [PROPOSED] ORDER                    CASE NO. C06-01962 (JW) (PVT)

|     |     |
| --- | --- |
| 1   | R. Stephen Berry (DC No. 234815) |
| 2   | J. Daniel Leftwich (DC No. 428134) |
|     | Gregory Baruch (DC No. 420137) |

R. Stephen Berry (DC No. 234815)
J. Daniel Leftwich (DC No. 428134)
Gregory Baruch (DC No. 420137)
BERRY & LEFTWICH
1717 Pennsylvania Avenue NW, Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038

Steven F. Benz (DC No. 428026)
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for PLAINTIFFS

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Steven H. Frankel
Richard L. Fenton

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

By _____ by permission
Raoul D. Kennedy (SBN 40892) SHF
Philip A. Leider (SBN 229751)
SKADDEN, ARPS, SLATE, MEACHER &
 FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698)

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

May 23, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

| | | |
|---|---|---|
| 1 | May 23, 2006 | By _____ |
| 2 | | Sheila Carmody (AZ 006831) (*pro hac vice*) |
| | | Robert J. Gibson (SBN 144974) |
| 3 | | SNELL & WILMER LLP |
| 4 | | 600 Anton Boulevard, Suite 1400 |
| | | Costa Mesa, CA 92626 |
| 5 | | Telephone: (714) 427-7000 |
| | | Facsimile: (714) 427-7799 |

Attorneys for Defendant
GEICO

May 23, 2006

By _____
Frank Falzetta (SBN 125146)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Telephone: (213) 617-4194
Facsimile: (213) 620-1398

Carol A. Rutter (*pro hac vice*)
Mark G. Arnold (*pro hac vic*)
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

- 3 -

STIPULATION AND [PROPOSED] ORDER          CASE NO. C06-01962 (JW) (PVT)

May 23, 2006

By _Kenneth M. Seeger by permission_ /BJD/
Kennth M. Seeger (SBN 135862)
Brian J. Devine (SBN 215198)
SEEGER & SALVAS LLP
455 Market Street,     Suite 1530
San Francisco, CA  94105
Telephone:  (415) 981-9260
Facsimile:  (415) 981-9266

Michael P. Kenny, Of Counsel
Cari K. Dawson, Of Counsel
Naeemah Clark, Of Counsel
ALSTON & BIRD, LLP
1201 Peachtree Street, NW
Atlanta, GA  30309
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777

Simon Kann, Of Counsel
LAW OFFICE OF SIMON KANN
23 West Street
Annapolis, MD  21401
Telephone:  (410) 216-7990
Facsimile:  (410) 269-1679

Attorneys for Defendant
CERTIFIED AUTO PARTS ASSOCIATION

STIPULATION AND [PROPOSED] ORDER                        CASE NO. C06-01962 (JW) (PVT)

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1. Plaintiffs shall file their Oppositions to Defendants' Joint and Separate Motions by July 17, 2006.

2. Defendants shall file their Replies in Support of the Joint Motions and Allstate, GEICO and CAPA shall file their Replies in support of their respective Separate Motions by August 21, 2006.

IT IS SO ORDERED.

DATED: MAY 26 , 2006

/S/ JAMES WARE
_____
UNITED STATES DISTRICT JUDGE