JAMES McMANIS (State Bar No. 40958)
COLLEEN DUFFY SMITH (State Bar No. 161163)
MCMANIS FAULKNER & MORGAN
50 W. San Fernando St., Tenth Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
E-Mail: jmcmanis@mfmlaw.com
       cduffysmith@mfmlaw.com

Attorneys for Plaintiffs
[Additional Counsel for Plaintiffs Appear on Signature Page]

RAOUL D. KENNEDY (State Bar No. 40892)
PHILIP A. LEIDER (State Bar No. 229751)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-Mail: rkennedy@skadden.com
       pleider@skadden.com

Attorneys for Defendant
State Farm Mutual Automobile Insurance Company
[Additional Counsel for Other Defendants Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCK<br><br>On behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO.; et al.<br><br>Defendants. | Case No. C06-1962 JW (PVT)<br><br>Hon. James Ware<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT AND PRESERVING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' JOINT MOTIONS TO DISMISS |

STIPULATION AND [PROPOSED] ORDER – Case No. C06-1962 JW (PVT)

Plaintiffs Sarah Perez, Michelle Lackney, Rachel Stewart and Rachel Hardyck ("Plaintiffs") and defendants State Farm Mutual Automobile Insurance Company ("State Farm"), Allstate Insurance Company ("Allstate"), GEICO, Certified Automotive Parts Association ("CAPA"), and Liberty Mutual Insurance Company (collectively "Defendants"), through their respective counsel, stipulate and agree as follows:

1. On May 5, 2006, Defendants filed joint motions to dismiss Plaintiffs' First Amended Complaint (the "Joint Motions"). In addition, defendants Allstate, GEICO and CAPA filed separate motions to dismiss Plaintiffs' First Amended Complaint (the "Separate Motions") and Defendant Liberty Mutual Insurance Company requested that Plaintiffs' counsel voluntarily dismiss it without prejudice since a different company issued the insurance policy at issue to Plaintiff Rachel Hardyck.

2. The Court set the Joint Motions and Separate Motions for hearing on September 11, 2006 at 9:00 a.m.

3. The parties stipulated to a briefing schedule providing that Plaintiffs would file their Opposition to the Join Motions and Separate Motions on or before July 17, 2006, and Defendants would file their Replies in support of their Joint and Separate Motions on or before August 21, 2006. On May 26, 2006, the Court signed an order adopting the stipulated briefing schedule.

4. On June 14, 2006, Plaintiffs filed a motion for leave to file their Second Amended Complaint and lodged a copy of the Second Amended Complaint.

5. Defendants agree that they will not oppose Plaintiffs' motion for leave to file the Second Amended Complaint without prejudice to any defenses they may assert, including but not limited to defenses based on lack of personal jurisdiction.

6. Plaintiffs agree that Defendants' previously-filed Joint Motions shall be deemed to apply to the Second Amended Complaint and shall be deemed to be adopted by Allstate Indemnity

Company, GEICO General Insurance Co., and Liberty Mutual Fire Ins. Co. upon the filing of their appearances in this action.

7. Plaintiffs stipulate and agree that as to Allstate, that this action be dismissed without prejudice as a named co-conspirator, and Allstate stipulates and agrees to withdraw and take its Separate Motion off-calendar.

8. Plaintiffs stipulate and agree that as to GEICO, that this action be dismissed without prejudice as a named co-conspirator, and GEICO stipulates and agrees to withdraw and take its Separate Motion off-calendar.

9. Plaintiffs stipulate and agree that as to Defendant Liberty Mutual Insurance Company, that this action be dismissed without prejudice as a named co-conspirator.

10. The parties further agree that the briefing schedule and hearing date previously established shall continue to apply.

1  IT IS SO STIPULATED.

2

3  July __, 2006                                MCMANIS FAULKER & MORGAN

4

5                                               By: _____
                                                    James McManis
6                                                   Colleen Duffy Smith

7                                               R. Stephen Berry (DC No. 234815)
                                                J. Daniel Leftwich (DC No. 428134)
8                                               Gregory Baruch (DC No. 420137)
                                                BERRY & LEFTWICH
9                                               1717 Pennsylvania Avenue NW, Suite 450
                                                Washington, DC  20006
10                                              Telephone: (202) 296-3020
                                                Facsimile: (202) 296-3038
11
                                                Steven F. Benz (DC No. 428026)
12                                              KELLOGG, HUBER, HANSEN, TODD,
                                                   EVANS & FIGEL PLLC
13                                              1615 M Street NW, Suite 400
                                                Washington, DC  20036
14                                              Telephone: (202) 326-7900
                                                Facsimile: (202) 326-7999
15
                                                Attorneys for PLAINTIFFS
16
    July __, 2006                               SKADDEN, ARPS, SLATE, MEAGHER & FLOM
17                                              LLP

18                                              By: _____
19                                                  Raoul D. Kennedy

20  Attorneys for Defendant
    STATE FARM MUTUAL AUTOMOBILE
21  INSURANCE COMPANY

22
    July __, 2006                               By: _____
23                                                  Steven H. Frankel
                                                Richard L. Fenton
24                                              SONNENSCHEIN NATH & ROSENTHAL
                                                LLP
25                                              525 Market Street, 26th Floor
                                                San Francisco, CA  94105
26                                              Telephone: (415) 882-5000
                                                Facsimile: (415) 882-0300
27
                                                Attorneys for Defendant
28                                              ALLSTATE INSURANCE COMPANY

STIPULATION AND [PROPOSED] ORDER – Case No. C06-1962 JW (PVT)

| | | |
|---|---|---|
| July 11, 2006 | By: | *Sheila Carmody by SHF*<br>Sheila Carmody (AZ 006831) (*pro hac vice*)<br>Robert J. Gibson (SBN 144974)<br>SNELL & WILMER LLP<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA  92626<br>Telephone:  (714) 427-7000<br>Facsimile:  (714) 427-7799 |

Attorneys for Defendant
GEICO

| | | |
|---|---|---|
| July 11, 2006 | By: | *Frank Falzetta by SHF*<br>Frank Falzetta (SBN 125146)<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA  90071<br>Telephone:  (213) 617-4194<br>Facsimile:  (213) 620-1398<br><br>Carol A. Rutter (*pro hac vice*)<br>Mark G. Arnold (*pro hac vic*)<br>HUSCH & EPPENBERGER, LLC<br>190 Carondelet Plaza<br>Suite 600<br>St. Louis, MO  63105<br>Telephone:  (314) 480-1500<br>Facsimile:  (314) 480-1505 |

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

-5-

STIPULATION AND [PROPOSED] ORDER – Case No. CO6-1962 JW (PVT)

July 11, 2006       By: /s/ Kenneth M. Seeger by SHF by permission 7/1/06
Kennth M. Seeger (SBN 136862)
Brian J. Devine (SBN 215198)
SEEGER & SALVAS LLP
455 Market Street,    Suite 1530
San Francisco, CA  94105
Telephone:  (415) 981-9260
Facsimile:  (415) 981-9266

Michael P. Kenny, Of Counsel
Cari K. Dawson, Of Counsel
Naeemah Clark, Of Counsel
ALSTON & BIRD, LLP
1201 Peachtree Street, NW
Atlanta, GA  30309
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777

Simon Kann, Of Counsel
LAW OFFICE OF SIMON KANN
23 West Street
Annapolis, MD  21401
Telephone:  (410) 216-7990
Facsimile:  (410)269-1679

Attorneys for Defendant
CERTIFIED AUTO PARTS ASSOCIATION

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' motion for leave to file the Second Amended Complaint is GRANTED.

2. As to Defendants Allstate and GEICO, this action is dismissed without prejudice, and Allstate's and GEICO's Separate Motions are withdrawn and taken-off calendar. This action also is dismissed without prejudice as to Defendant Liberty Mutual Insurance Company.

3. Defendants' previously-filed Joint Motions to Dismiss the First Amended Complaint will be deemed to apply to the Second Amended Complaint.

4. Plaintiffs will file their Oppositions to Defendants' Joint Motions to Dismiss on or before July 17, 2006.

5. Defendants will file their Replies in support of their Joint Motions to Dismiss by August 21, 2006.

6. The hearing on Defendants' Joint Motions to Dismiss will take place on September 11, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: __July 14_____, 2006

_____
UNITED STATES DISTRICT JUDGE