1  JAMES MCMANIS, State Bar No. 40958
   MICHAEL REEDY, State Bar No. 161002
2  MCMANIS FAULKNER
   50 W. San Fernando St., Tenth Floor
3  San Jose, CA 95113
   Telephone: (408) 279-8700
4  Telecopy: (408) 279-3244
   Email: jmcmanis@mcmanislaw.com
5          mreedy@mcmanislaw.com

6  Attorneys for the Plaintiffs

7  [Additional counsel appear on signature page]

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    (San Jose Division)

11 **SARAH PEREZ;**
   **MICHELLE LACKNEY;**
12 **RACHEL STEWART;**
   **RACHEL HARDYCK**
13                                                CASE NO. CO6-1962 PVT
   on behalf of themselves
14 and all others similarly situated;

15              Plaintiffs,
   v.
16
   **STATE FARM MUTUAL AUTOMOBILE**            STIPULATION AND PROPOSED
17      an Illinois corporation;                ORDER RELATING TO
                                                SCHEDULING OF MOTIONS
18 **ALLSTATE INDEMNITY CO.**, an Illinois     TO DISMISS
   corporation;
19
   **GEICO GENERAL INSURANCE,** a Maryland
20 corporation;

21 **CERTIFIED AUTOMOTIVE PARTS ASS'N**
   doing business in Washington, D.C.;
22
   **LIBERTY MUTUAL FIRE INS. CO.**, a
23 Massachusetts corporation; and

24 **UN-NAMED INSURANCE CONSPIRATORS**

25              Defendants.

26

27

28

STIPULATION AND PROPOSED ORDER RELATING TO
SCHEDULING OF MOTIONS TO DISMISS - Page 1

1    In light of the United States Court of Appeals for the Ninth Circuit's reversal and remand of
2 this Court's dismissal with prejudice of this action, the parties stipulate to and jointly submit a
3 proposed briefing and hearing schedule for three additional motions to dismiss to be filed by
4 Defendants, prior to the submission of a Joint Case Management Statement, and ask that the Court
5 enter the proposed Order attached hereto.

**STIPULATION RELATING TO SCHEDULING OF DEFENDANTS'
CONTEMPLATED MOTIONS TO DISMISS**

8    THE PARTIES, THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:
9    Defendants will re-submit briefing on whether the action is barred because the California
10 Insurance Code provides the exclusive mechanism for establishing and challenging insurance rates
11 in the State of California.
12    Further, Defendants will contend that the Second Amended Complaint does not plead
13 sufficient evidentiary facts under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).
14    Finally, the CAPA Defendant also seeks to be dismissed for lack of personal jurisdiction.
15    Plaintiffs intend to oppose the above motions. Plaintiffs have not pressed now for the
16 submission of a Joint Case Management Statement with the understanding that (1) the Defendants
17 do not oppose the expeditious briefing of the above motions as set forth below, and (2) the parties
18 will submit a Joint Case Management Statement and Proposed Order at the end of the briefing of the
19 Defendants' dismissal motions.

| | | |
|---|---|---|
| 1 | **PROPOSED BRIEFING SCHEDULE** | |
| 2 | **Defendants File Dismissal Motions On or Before:** | May 15, 2009 |
| 3 | **Plaintiffs File Responses On or Before:** | June 5, 2009 |
| 4 | **Defendants File Replies On or Before:** | **June 12, 2009** |
| 5 | **Parties Submit Joint Case Management Statement On or Before:** | June 19, 2009 |

The hearing on Defendants' anticipated Motions to Dismiss is set for **June 29, 2009 at 9 a.m.** The Court will conduct a Case Management Conference at 10 a.m. following the hearing on the Motions.

1  Dated: April 28, 2009

2  By _____//S//_____  
   **On Behalf of All Plaintiffs**

   By _____//S//_____  
   **On Behalf of All Defendants**

3

4  James McManis  
   State Bar No. 40958  
   Michael Reedy  
5  State Bar No. 161002  
   McManis Faulkner  
6  50 W. San Fernando St.  
   San Jose, CA 95113  
7  Telephone: (408) 279-8700  
   Telecopy: (408) 279-3244  
8  jmcmanis@mfmlaw.com

9  R. Stephen Berry  
   D.C. Bar No. 234815  
10 Gregory Baruch  
   D.C. Bar No. 420137  
11 Berry & Baruch  
   1717 Pennsylvania Ave. NW  
12 Suite 450  
   Washington, DC 20006  
13 Telephone: (202) 296-3020  
   Telecopy: (202) 296-3038  
14 sberry@berry-leftwich.com

15 Steven F. Benz  
   D.C. Bar No. 428026  
16 Kellogg, Huber, Hansen, Todd, Evans  
    & Figel PLLC  
17 1615 M St., N.W.  
   Suite 400  
18 Washington, D.C. 20036  
   Telephone: (202) 326-7900  
19 Telecopy: (202) 326-7999  
   sbenz@khhte.com

20

   Colleen Duffy-Smith  
21 State Bar No. 161163  
   Morgan Duffy-Smith & Tidalgo LLP  
22 1960 The Alameda, Suite 220  
   San Jose, CA 95124  
23 Telephone: (408) 244-4570  
   Telecopy: (408) 423-8830  
24 cduffysmith@mdstlaw.com

25 *Counsel for Plaintiffs*

Raoul Kennedy  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Embarcadero Center, Suite 3800  
San Francisco, CA 94111  
Telephone: 415-984-6450  
rkennedy@skadden.com

Phillip Leider  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Embarcadero Center, Suite 3800  
San Francisco, CA 94111  
Telephone: 415-984-6471  
pleider@skadden.com

Richard L. Fenton  
Sonnenschein, Nath & Rosenthal LLP  
233 S. Wacker Drive  
8000 Sears Tower  
Chicago, IL 60606  
Telephone: 312-876-3170  
rfenton@sonnenschein.com

Steven H. Frankel  
Bonnie Lau  
Sonnenschein, Nath & Rosenthal LLP  
525 Market Street, 26th Floor  
San Francisco, CA 94105  
Telephone: 415-882-2410  
sfrankel@sonnenschein.com  
blau@sonnenschein.com

Robert J. Gibson  
Snell & Wilmer  
600 Anton Blvd., Ste 1400  
Costa Mesa, CA 92626  
Telephone: 714-427-7001  
hgibson@swlaw.com

Sheila Carmody  
Snell & Wilmer  
One Arizona Center  
Phoenix, AZ 85004  
Telephone: 602-382-6268  
scarmody@swlaw.com

26

27

28

STIPULATION AND PROPOSED ORDER RELATING TO  
SCHEDULING OF MOTIONS TO DISMISS - Page 4

| | |
|---|---|
| 1 | Mike Kenny |
| | Cari Dawson |
| 2 | Alston & Bird |
| | One Atlantic Center |
| 3 | 1201 W. Peachtree Street |
| | Atlanta, GA 30309 |
| 4 | Telephone: 404-881-7179 |
| | mkenny@alston.com |
| 5 | cdawson@alston.com |
| | |
| 6 | Simon M. Kann |
| | 2026 Mendon Avenue |
| 7 | Rancho Palos Verdes, CA 90275 |
| | simonkann@gmail.com |
| 8 | |
| | Carol A. Rutter (Admitted *Pro Hac Vice*) |
| 9 | Mark G. Arnold (Admitted Pro Hac Vice) |
| | Husch & Eppenberger LLC |
| 10 | 190 Carondelet Plaza, Suite 6090 |
| | St. Louis, MO  63105 |
| 11 | Telephone:  314-480-1500 |
| | Facsimile:  314-480-1505 |
| 12 | carol.rutter@Husch.com |
| | mark.arnold@Husch.com |
| 13 | |
| | David A. DeGroot, Ca. Bar No. 168073 |
| 14 | Sheppard, Mullin, Richter & Hampton, LLP |
| | Four Embarcadero Center, 17th Floor |
| 15 | San Francisco, CA  94111-4106 |
| | Telephone: 415-434-9100 |
| 16 | Facsimile:  415-434-3947 |
| | ddegroot@sheppardmullin.com |
| 17 | |
| | Frank Falzetta, Ca. Bar No. 125146 |
| 18 | Sheppard, Mullin, Richter & Hampton, LLP |
| | 333 South Hope Street, 48th Floor |
| 19 | Los Angeles, CA  90071 |
| | Telephone:  213-617-4194 |
| 20 | Facsimile:  213-620-1398 |
| | ffalzetta@sheppardmullin.com |
| 21 | |
| | *Counsel for Defendants* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND PROPOSED ORDER RELATING TO
SCHEDULING OF MOTIONS TO DISMISS - Page 5

1 

**ORDER RELATING TO SCHEDULING OF DEFENDANTS' MOTIONS TO DISMISS**

2

3 PURSUANT TO STIPULATION, IT IS SO ORDERED as MODIFIED.

4

5 DATE: May 12, 2009

6 _____

7 The Honorable James Ware
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

R. Stephen Berry certifies that he has served the foregoing Stipulation for Scheduling of Defendants' Motions to Dismiss and Proposed Order on counsel of record through the Court's electronic filing system.

    //S//
    R. Stephen Berry