**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ, | NO. C 06-01962 JW |
|       Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| v. | |
| STATE FARM MUTUAL AUTO INSURANCE CO., | |
|       Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for September 20, 2010 at 10:00 AM (approximately 30 days from date of remand). On or before September 10, 2010 (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: August 9, 2010

                                                    JAMES WARE
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew M. Hetherington ahetherington@khhte.com
Bonnie Lau blau@sonnenschein.com
Brian J. Devine bdevine@seegersalvas.com
Cari K. Dawson cari.dawson@alston.com
Carol A. Rutter carol.rutter@husch.com
Colin S. Stretch cstretch@khhte.com
Colleen Duffy Smith cduffysmith@mdstlaw.com
David A. DeGroot ddegroot@sheppardmullin.com
Frank Falzetta ffalzetta@sheppardmullin.com
Gregory Baruch gbaruch@berry-baruch.com
James McManis jmcmanis@mcmanislaw.com
James Daniel Leftwich dleftwich.law@gmail.com
Kenneth Mark Seeger kseeger@seegersalvas.com
Mark G. Arnold mark.arnold@huschblackwell.com
Michael P. Kenny mike.kenny@alston.com
Naeemah Clark naeemah.clark@alston.com
Paul L. Stoller pstoller@swlaw.com
Philip A. Leider pleider@perkinscoie.com
Raoul Dion Kennedy rkennedy@skadden.com
Richard L. Fenton rfenton@sonnenschein.com
Robert J. Gibson hgibson@swlaw.com
Robert Stephen Berry sberry@berry-baruch.com
Sheila K Carmody scarmody@swlaw.com
Steven F. Benz sbenz@khhte.com
Steven F. Benz sbenz@khhte.com
Steven H. Frankel sfrankel@sonnenschein.com

**Dated:  August 9, 2010**                                  **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
            **Elizabeth Garcia**
            **Courtroom Deputy**

United States District Court
For the Northern District of California