Colleen Duffy-Smith (161163)
MORGAN DUFFY-SMITH & TIDALGO
1960 The Alameda, Suite 220
San Jose, CA  95126
Telephone:  (408) 244-4570
Facsimile:   (408) 423-8830
Email:        cduffysmith@mdslaw.com

Attorneys for Plaintiffs
[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ, et al., | Case No. C06-01962 (JW) (PVT) |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL COLIN S. STRETCH AND PROPOSED ORDER** |
| STATE FARM MUT. AUTO. INS. CO., et al., | |
| Defendants. | |

TO:    The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that counsel for plaintiffs hereby respectfully withdraws the appearance of Colin S. Stretch in the above-captioned action.  Mr. Stretch has left the firm and is no longer practicing at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. ("Kellogg").  No other attorney is withdrawing his or her appearance by this notice.  Kellogg remains as co-counsel to plaintiffs.

1  Dated:  November 17, 2010                KELLOGG, HUBER, HANSEN, TODD,
2                                             EVANS & FIGEL PLLC

4                                           By:  */s/ Steven F. Benz*
                                                  Steven F. Benz

6                                           Steven F. Benz (DC No. 428026)
                                            KELLOGG, HUBER, HANSEN, TODD,
                                              EVANS & FIGEL PLLC
7                                           1615 M Street NW, Suite 400
                                            Washington, DC  20036
8                                           Telephone:  (202) 326-7900
                                            Facsimile:  (202) 326-7999

10                                          Colleen Duffy-Smith (161163)
                                            MORGAN DUFFY-SMITH & TIDALGO
11                                          1960 The Alameda, Suite 220
                                            San Jose, CA  95126
12                                          Telephone:  (408) 244-4570
                                            Facsimile:  (408) 423-8830

13                                          R. Stephen Berry (DC No. 234815)
                                            J. Daniel Leftwich (DC No. 428134)
14                                          Gregory Baruch (DC No. 420137)
                                            BERRY & LEFTWICH
15                                          1717 Pennsylvania Avenue NW, Ste. 450
                                            Washington, DC  20006
16                                          Telephone:  (202) 296-3020
17                                          Facsimile:  (202) 296-3038

18                                          *Attorneys for Plaintiffs*

21  SO ORDERED:

24  _____/s/ James Ware_____              Dated: November 19, 2010
    Honorable James Ware
25  United States District Court Judge

---

**NOTICE OF WITHDRAWAL OF COLIN S. STRETCH**          CASE NO. C06-01962 (JW) (PVT)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2010, the foregoing Notice of Withdrawal of Counsel Colin S. Stretch was filed electronically. Notification of this filing will be sent to all parties by operation of the Court's CM/ECF system.

                                                   */S/ Steven F. Benz*
                                                 Steven F. Benz