1  Frank Falzetta, State Bar No. 125146
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
2  333 South Hope Street, 48th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 617-4194
4  Facsimile: (213) 620-1398
   Email: ffalzetta@sheppardmullin.com
5

6  David A. DeGroot, State Bar No. 168073
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
7  4 Embarcadero Center, 17th Floor
   San Francisco, CA 94111-4106
8  Telephone: (415) 434-9100
9  Facsimile: (415) 434-3947
   Email: ddegroot@sheppardmullin.com
10

11 Carol A. Rutter (Admitted *Pro Hac Vice*)
   Mark G. Arnold (Admitted *Pro Hac Vice*)
12 HUSCH BLACKWELL LLP
   190 Carondelet Plaza, Suite 600
13 St. Louis, MO 63105-3441
   Telephone: (314) 480-1500
14 Facsimile: (314) 480-1505
15 Email: carol.rutter@huschblackwell.com
          mark.arnold@huschblackwell.com
16

17 **Attorneys for Defendant**
   **Liberty Mutual Fire Insurance Company**
18

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
11/23/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ, MICHELLE LACKNEY, RACHEL STEWART AND RACHEL HARDYCK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., et al.,<br><br>Defendants. | Case No.: 5:06-cv-01962 (JW) (PVT)<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(a) TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

STIPULATION PURSUANT TO CIVIL L.R. 6-1(a)
Case No. 5:06-cv-01962-JW-PVT – Page 1

SLC-6227078-1

Come now the Plaintiffs and Defendants (hereinafter collectively referred to as the "Parties"), pursuant to Local Rule 6-1(a), and respectfully submit this Stipulation extending the time for all Defendants to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint. The Parties respectfully state as follows:

1. Plaintiffs' Third Amended Complaint was filed via ECF on November 8, 2010.

2. The Parties hereby agree to extend the time for all Defendants to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint until **December 22, 2010.**

3. To the extent any Defendant responds to the Third Amended Complaint by way of motion, the Parties further agree that Plaintiffs shall have until **January 21, 2011** to oppose or otherwise respond to any such motions.

4. In compliance with Rule 6-1(a), nothing herein alters the date of any event or any deadline already fixed by Court order.

5. The filing attorney attests that the content of this Stipulation is acceptable to all parties required to sign the document.

IT IS SO STIPULATED:

**By** ___/s/ R. Stephen Berry_____    **By** ___/s/ Carol A. Rutter_____
**On Behalf of All Plaintiffs**                **On Behalf of All Defendants**

James McManis
State Bar No. 40958
Michael Reedy  State Bar No. 161002
McManis Faulkner
50 W. San Fernando St.
San Jose, CA 95113
Telephone: (408) 279-8700
Telecopy: (408) 279-3244
jmcmanis@mfmlaw.com

Collen Duffy-Smith
Morgan Duffy-Smith & Tidalgo LLP
1960 The Alameda
Suite 220
San Jose, CA 95126

Raoul Kennedy
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: 415-984-6450
rkennedy@skadden.com

Richard J. Zuromski, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: 415-984-6471
pleider@skadden.com

| | | |
|---|---|---|
| 1 | R. Stephen Berry | Richard L. Fenton |
| | D.C. Bar No. 234815 | SNR Denton LLP |
| 2 | Gregory Baruch | 233 S. Wacker Drive |
| 3 | D.C. Bar No. 420137 | Suite 7800 |
| | Berry & Baruch | Chicago, IL 60606 |
| 4 | 1717 Pennsylvania Ave. NW | Telephone: 312-876-3170 |
| | Suite 450 | Richard.fenton@snrdenton.com |
| 5 | Washington, DC  20006 | |
| 6 | Telephone:  (202) 296-3020 | Steven H. Frankel |
| | Telecopy:    (202) 296-3038 | Sonnenschein, Nath & Rosenthal LLP |
| 7 | sberry@berry-leftwich.com | 525 Market Street, 26th Floor |
| 8 | | San Francisco, CA 94105 |
| | Steven F. Benz | Telephone: 415-882-2410 |
| 9 | D.C. Bar No.  428026 | sfrankel@sonnenschein.com |
| 10 | Kellogg, Huber, Hansen, Todd, Evans | |
| |   & Figel PLLC | Hoot Gibson |
| 11 | 1615 M St., N.W. | Snell & Wilmer |
| | Suite 400 | 600 Anton Blvd., Ste 1400 |
| 12 | Washington, D.C. 20036 | Costa Mesa, CA 92626 |
| | Telephone: (202) 326-7900 | Telephone: 714-427-7001 |
| 13 | Telecopy: (202) 326-7999 | hgibson@swlaw.com |
| 14 | sbenz@khhte.com | |
| | | Sheila Carmody |
| 15 | *Counsel for Plaintiffs* | Snell & Wilmer |
| | | One Arizona Center |
| 16 | | Phoenix, AZ 85004 |
| 17 | | Telephone: 602-382-6268 |
| | | scarmody@swlaw.com |
| 18 | | |
| 19 | | Mike Kenny |
| | | Alston & Bird |
| 20 | | One Atlantic Center |
| 21 | | 1201 W. Peachtree Street |
| | | Atlanta, GA 30309 |
| 22 | | Telephone: 404-881-7179 |
| | | mkenny@alston.com |
| 23 | | |
| 24 | | Simon M. Kann |
| | | Bernstein & Feldman, P.A. |
| 25 | | 900 Bestgate Road, Suite 200 |
| | | Annapolis, MD 21401 |
| 26 | | Telephone: 410-573-0017 |
| 27 | | skann@bflaw.com |
| 28 | | |

STIPULATION PURSUANT TO CIVIL L.R. 6-1(a)
Case No. 5:06-cv-01962-JW-PVT – Page 3

SLC-6227078-1

| | |
|---|---|
| 1 | Cari Dawson |
| 2 | Alston and Bird |
| | 1201 W. Peachtree Street |
| 3 | Atlanta, GA 30309 |
| 4 | Telephone: 404-881-7766 |
| | cdawson@alston.com |
| 5 | |
| | Carol A. Rutter (Admitted *Pro Hac Vice*) |
| 6 | Mark G. Arnold (Admitted Pro Hac Vice) |
| | Husch & Eppenberger LLC |
| 7 | 190 Carondelet Plaza, Suite 6090 |
| 8 | St. Louis, MO  63105 |
| | Telephone:  314-480-1500 |
| 9 | Facsimile:  314-480-1505 |
| | carol.rutter@Husch.com |
| 10 | mark.arnold@Husch.com |
| 11 | |
| | David A. DeGroot, Ca. Bar No. 168073 |
| 12 | Sheppard, Mullin, Richter & Hampton, LLP, |
| |   A Limited Liability Partnership Including |
| 13 |   Professional Corporations |
| 14 | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA  94111-4106 |
| 15 | Telephone: 415-434-9100 |
| | Facsimile:  415-434-3947 |
| 16 | ddegroot@sheppardmullin.com |
| 17 | |
| | Frank Falzetta, Ca. Bar No. 125146 |
| 18 | Sheppard, Mullin, Richter & Hampton, LLP, |
| |   A Limited Liability Partnership Including |
| 19 |   Professional Corporations |
| 20 | 333 South Hope Street, 48th Floor |
| | Los Angeles, CA  90071 |
| 21 | Telephone:  213-617-4194 |
| | Facsimile:  213-620-1398 |
| 22 | ffalzetta@sheppardmullin.com |
| 23 | |
| | ***Counsel for Defendants*** |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION PURSUANT TO CIVIL L.R. 6-1(a)
Case No. 5:06-cv-01962-JW-PVT – Page 4

**CERTIFICATE OF SERVICE**

     Carol A. Rutter certifies that she has served the foregoing Stipulation Pursuant to Civil L.R. 6-1(a) to Extend Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Third Amended Complaint on counsel of record through the Court's electronic filing system this 19th day of November, 2010.

                                                          /s/ Carol A. Rutter