1  Robert J. Gibson (CA #144974)
   Sheila Carmody (AZ #006831) *(Pro Hac Vice)*
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626
   714.427.7000
4  hgibson@swlaw.com
   scarmody@swlaw.com
5
6  Attorneys for Defendant
   GEICO General Insurance Company
7

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" signed Judge James Ware, 12/8/2010]*

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION

| | |
|---|---|
| 11  SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCK, | Case No. CV06-01962 JW |
| 12 | |
| 13            Plaintiffs, | The Honorable James Ware<br>Courtroom 8 |
| 14  vs. | **NOTICE OF WITHDRAWAL OF PAUL STOLLER AS COUNSEL FOR GEICO GENERAL INSURANCE COMPANY; [PROPOSED] ORDER** |
| 15  STATE FARM MUTUAL AUTOMOBILE INS. CO., an Illinois corporation; ALLSTATE INS. CO., an Illinois corporation; GEICO GENERAL INSURANCE COMPANY, a Maryland corporation; CERTIFIED AUTOMOTIVE PARTS ASS'N, doing business in Washington, D.C.; LIBERTY MUTUAL INS. CO., a Massachusetts corporation; and UN-NAMED INSURANCE CONSPIRATORS, | |
| 16 | |
| 17 | DATE OF FILING:   March 14, 2006<br>TRIAL DATE:       None |
| 18 | |
| 19 | |
| 20 | |
| 21            Defendants. | |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

10258208.2                                              Case No. C 06-01962 JW
NOTICE OF WITHDRAWAL OF STOLLER AS COUNSEL FOR GEICO

1   PLEASE TAKE NOTE that counsel to Defendant GEICO General Insurance
2   Company hereby respectfully withdraws the appearance of Paul Stoller in the above-
3   captioned action. Mr. Stoller is no longer associated with Snell & Wilmer L.L.P. No
4   other attorney is withdrawing his or her appearance by this Notice. S&W remains as
5   counsel to Defendant GEICO General Insurance Company.

7   Dated: December 3, 2010                SNELL & WILMER L.L.P.

                                   By:   /s/ Sheila Carmody
                                         Robert J. Gibson
                                         Sheila Carmody
                                         *Attorneys for Defendant*
                                         *GEICO General Insurance Company*

10258208.2                                                          Case No. C 06-01962 JW

NOTICE OF WITHDRAWAL OF STOLLER AS COUNSEL FOR GEICO

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2010, the foregoing Notice of Withdrawal of Paul Stoller as Counsel for GEICO General Insurance Company was filed electronically. Notification of this filing will be sent to all parties by operation of the Court's CM/ECF system and a hard copy mailed via U.S. Mail to:

> Paul Stoller, Esq.
> Gallagher & Kennedy
> 2575 E Camelback Rd Ste 1100
> Phoenix AZ 85016

s/ Marji Bartels

10258208.2

Case No. C 06-01962 JW

NOTICE OF WITHDRAWAL OF STOLLER AS COUNSEL FOR GEICO