JAMES MCMANIS, State Bar No. 40958
MICHAEL REEDY, State Bar No. 161002
MCMANIS FAULKNER
50 W. San Fernando St., Tenth Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Telecopy: (408) 279-3244
Email: jmcmanis@mcmanisfaulkner.com
       mreedy@mcmanisfaulker.com

Attorneys for the Plaintiffs
[Additional counsel for the parties appear on signature page]

**DENIED**
*Judge James Ware*
12/21/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ, MICHELLE LACKNEY, RACHEL STEWART AND RACHEL HARDYCK,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., et al.,<br><br>Defendants. | Case No.: C06-01962 (JW) (PVT)<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-2(a) TO ADJUST CLASS SCHEDULE** |

Come now the Plaintiffs and Defendants with this Stipulation pursuant to Local Rule 6-2(a), proposing the adjustment of the Court's Scheduling Order Re: Class Discovery entered on November 10, 2010 to facilitate preparation of expert reports and expert discovery in advance of the class hearing. The Parties respectfully submit the following:

.

(1) Under the Court's order, Plaintiffs' class expert report(s) must be served on March 11, 2011, 63 days before the close of class discovery. Defendants must serve their "opposition" reports the same day without having seen Plaintiffs' report(s) and have only 14 days to do rebuttal reports.

(2) Previous time modifications in this case have been:

    a. Stipulated Request for Order Changing Time for Newly Added Defendant Liberty Mutual to Respond to First Amended Complaint, entered on April, 28, 2006;

    b. Stipulation and [Proposed] Order Setting Briefing Schedule on Motions to Dismiss, entered on May 24, 2006;

    c. Stipulation and [Proposed] Order Granting Plaintiffs Leave to File Second Amended Complaint and Preserving Briefing Schedule and Hearing Date on Defendants' Joint Motions to Dismiss, entered on July 11, 2006;

    d. Stipulation and Proposed Order Relating to Scheduling of Motions to Dismiss, entered on April 28, 2009;

    e. Stipulation and [Proposed] Order to Continue Case Management Conference, entered on September 13, 2010; and

    f. Stipulation Pursuant to Civil L.R. 6-1(a) to Extend Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Third Amended Complaint, entered on November 19, 2010.

(3) The proposed Stipulation would adjust class scheduling as follows:

    a. New class fact discovery shall not be served after April 5, 2011.

b. Plaintiffs shall submit their class motion and expert disclosures on or before May 19, 2011.

c. Plaintiffs' experts will be deposed within 21 days thereafter.

d. Defendants' class response and expert disclosures will be due on or before June 28, 2011.

e. Plaintiffs will have 21 days to depose Defendants' experts.

f. Plaintiffs' class reply and the Parties' supplemental/rebuttal reports will be due on or before July 29, 2011.

g. The class hearing will follow on the next available date that the Court's calendar will accommodate.

A proposed Order is attached.

| | | |
|---|---|---|
| 1 | Dated: December 16, 2010 | Respectfully submitted, |
| 2 | By____//S//_____ | By____//S//_____ |
| | **On Behalf of All Plaintiffs** | **On Behalf of All Defendants** |

James McManis
State Bar No. 40958
Michael Reedy  State Bar No. 161002
McManis Faulkner
50 W. San Fernando St.
San Jose, CA 95113
Telephone: (408) 279-8700
Telecopy: (408) 279-3244
jmcmanis@mfmlaw.com

Collen Duffy-Smith
Morgan Duffy-Smith & Tidalgo LLP
1960 The Alameda
Suite 220
San Jose, CA 95126

R.. Stephen Berry
D.C. Bar No. 234815
Gregory Baruch
D.C. Bar No. 420137
Berry Law PLLC
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC  20006
Telephone:  (202) 296-3020
Telecopy:   (202) 296-3038
sberry@berry-leftwich.com

Steven F. Benz
D.C. Bar No.  428026
Kellogg, Huber, Hansen, Todd, Evans
 & Figel PLLC
1615 M St., N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999
sbenz@khhte.com

*Counsel for Plaintiffs*

Raoul Kennedy
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: 415-984-6450
rkennedy@skadden.com

Richard J. Zuromski, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: 415-984-6471

Richard L. Fenton
SNR Denton
233 S. Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: 312-876-3170
spastroff@sonnenschein.com

Steven H. Frankel
SNR Denton
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: 415-882-2410
sfrankel@sonnenschein.com

Hoot Gibson
Snell & Wilmer
600 Anton Blvd., Ste 1400
Costa Mesa, CA 92626
Telephone: 714-427-7001
hgibson@swlaw.com

Sheila Carmody
Snell & Wilmer
One Arizona Center
Phoenix, AZ 85004
Telephone: 602-382-6268
scarmody@swlaw.com

STIPULATION TO ADJUST CLASS SCHEDULE
Case No. 5:06-cv-01962-JW-PVT – Page 4

```
 1    Mike Kenny
      Alston & Bird
 2    One Atlantic Center
      1201 W. Peachtree Street
 3    Atlanta, GA 30309
      Telephone: 404-881-7179
 4    mkenny@alston.com
 5
      Simon M. Kann
 6    Bernstein & Feldman, P.A.
      900 Bestgate Road, Suite 200
 7    Annapolis, MD 21401
      Telephone: 410-573-0017
 8    skann@bflaw.com
 9
      Cari Dawson
10    Alston and Bird
      1201 W. Peachtree Street
11    Atlanta, GA 30309
      Telephone: 404-881-7766
12    cdawson@alston.com
13
14    Carol A. Rutter (Admitted Pro Hac Vice)
      Mark G. Arnold (Admitted Pro Hac Vice)
15    Husch & Eppenberger LLC
      190 Carondelet Plaza, Suite 6090
16    St. Louis, MO  63105
      Telephone:  314-480-1500
17    Facsimile:  314-480-1505
      carol.rutter@Husch.com
18    mark.arnold@Husch.com
19
20    David A. DeGroot, Ca. Bar No. 168073
      Sheppard, Mullin, Richter & Hampton, LLP,
21       A Limited Liability Partnership Including
         Professional Corporations
22    Four Embarcadero Center, 17th Floor
      San Francisco, CA  94111-4106
23    Telephone: 415-434-9100
      Facsimile:  415-434-3947
24    ddegroot@sheppardmullin.com
25
26
27
28
```

STIPULATION TO ADJUST CLASS SCHEDULE
Case No. 5:06-cv-01962-JW-PVT – Page 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Frank Falzetta, Ca. Bar No. 125146
Sheppard, Mullin, Richter & Hampton, LLP,
 A Limited Liability Partnership Including
 Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, CA  90071
Telephone:  213-617-4194
Facsimile:  213-620-1398
ffalzetta@sheppardmullin.com

*Counsel for Defendants*

| | |
|---|---|
| 1 | JAMES MCMANIS, State Bar No. 40958 |
| 2 | MICHAEL REEDY, State Bar No. 161002<br>MCMANIS FAULKNER |
| 3 | 50 W. San Fernando St., Tenth Floor<br>San Jose, CA 95113 |
| 4 | Telephone: (408) 279-8700<br>Telecopy: (408) 279-3244 |
| 5 | Email: jmcmanis@mcmanisfaulkner.com |
| 6 | mreedy@mcmanisfaulker.com |
| 7 | Attorneys for the Plaintiffs<br>[Additional counsel for the parties appear on signature page] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SARAH PEREZ,
MICHELLE LACKNEY,
RACHEL STEWART AND
RACHEL HARDYCK,

On behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

STATE FARM MUTUAL
AUTOMOBILE INS. CO., et al.,

Defendants.

Case No.: C06-01962 (JW) (PVT)

[PROPOSED] ORDER

*DENIED*
*James Ware*
*Judge James Ware*

The previous schedule shall remain unchanged to advance the case.

Dated: December 21, 2010

_____
United States District Judge