```
 1  James McManis, State Bar No. 40958
    Michael Reedy, State Bar No. 161002
 2  MCMANIS FAULKNER
    50 W. San Fernando St., Tenth Floor
 3  San Jose, CA 95113
    Telephone: (408) 279-8700
 4  Telecopy: (408) 279-3244
    jmcmanis@mcmanislawlaw.com; mreedy@mcmanislaw.com
 5
    Attorneys for the Plaintiffs
 6  [Additional counsel appear on signature page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCK, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., an Illinois corporation; **ALLSTATE INS. CO.**, an Illinois corporation; **GEICO**, a Maryland corporation; **CERTIFIED AUTOMOTIVE PARTS ASS'N**, doing business in Washington, D.C.; **LIBERTY MUTUAL INS. CO.**, a Massachusetts corporation; and **UN-NAMED INSURANCE CONSPIRATORS**,<br><br>Defendants. | CASE NO. C 06-01962 (JW) (PVT)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL GREGORY BARUCH AND P~~ROPOSE~~D ORDER** |

TO:   The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that counsel for plaintiffs hereby respectfully withdraw the appearance of Gregory Baruch in the above-captioned action. Mr. Baruch is taking a position with the United States Department of Justice and is therefore precluded from further representation of parties in private litigation. No other attorney is withdrawing his or her appearance by this notice.

NOTICE OF WITHDRAWAL OF COUNSEL GREGORY BARUCH -
CASE NO. C 06-01962 (JW) (PVT)

Dated: January 7, 2011

Respectfully submitted,

BY: /s/ R. Stephen Berry

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, P.L.L.C.
Steven F. Benz (D.C. Bar No. 428026)
1615 M St., N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Telecopy: (202) 326-7999
Email: sbenz@khhte.com
           jhall@khhte.com
           klevy@khhte.com

MORGAN DUFFY-SMITH &
TIDALGO LLP
Colleen Duffy-Smith (CA Bar No. 161163)
1960 The Alameda, #220
San Jose CA 95126
Telephone: (408) 244-4570
Telecopy: (408) 428-8830
Email: cduffysmith@mdstlaw.com

BERRY LAW PLLC
R. Stephen Berry (D.C. Bar No. 234815)
Gregory Baruch (D.C. Bar No. 420137)
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
Telecopy: (202) 296-3038
Email: sberry@berrylawpllc.com
           gbaruch@berrylawpllc.com

McMANIS FAULKNER
James McManis (CA Bar No. 40958)
Michael Reedy (CA Bar No. 161002)
50 W. San Fernando St.
San Jose, CA 95113
Telephone: (408) 279-8700
Telecopy: (408) 279-3244
jmcmanis@mcmanislawlaw.com
mreedy@mcmanislaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2011, the foregoing Notice of Withdrawal of Counsel Gregory Baruch with the accompanying proposed order was filed electronically. Notification of this filing will be sent to all parties by operation of the Court's CM/ECF system.

*[s] Gregory Baruch*
Gregory Baruch

|    |    |    |
|----|----|----|
| 1  | UNITED STATES DISTRICT COURT | |
| 2  | NORTHERN DISTRICT OF CALIFORNIA | |
| 3  | SAN JOSE DIVISION | |

| | | |
|---|---|---|
| 4 | **SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCK,** | |
| 5 | on behalf of themselves | CASE NO. C 06-01962 (JW) (PVT) |
| 6 | and all others similarly situated; | [~~PROPOSED~~] **ORDER ON NOTICE OF WITHDRAWAL OF** |
| 7 | Plaintiffs, | **COUNSEL GREGORY BARUCH** |
| 8 | v. | |
| 9 | **STATE FARM MUTUAL AUTOMOBILE INS. CO.**, an Illinois corporation; **ALLSTATE INS. CO.**, an Illinois corporation; **GEICO**, a Maryland corporation; **CERTIFIED AUTOMOTIVE PARTS ASS'N**, doing business in Washington, D.C.; **LIBERTY MUTUAL INS. CO.**, a Massachusetts corporation; and **UN-NAMED INSURANCE CONSPIRATORS,** | |
| 14 | Defendants. | |

Having considered the Notice by counsel for Plaintiffs of the withdrawal of Gregory Baruch as its counsel, and good cause appearing therefor, it is SO ORDERED.

DATED: January 10, 2011

*/s/ James Ware*
Honorable James Ware
United States District Chief Judge

NOTICE OF WITHDRAWAL OF COUNSEL GREGORY BARUCH -
CASE NO. C 06-01962 (JW) (PVT)