SEEGER • SALVAS LLP

1   Michael P. Kenny  (*Admitted Pro Hac Vice*)
    Erica L. Fenby (*Admitted Pro Hac Vice*)
2   ALSTON & BIRD LLP
    1201 West Peachtree Street, NW
3   Atlanta, Georgia  30309
    Telephone: (404) 881-7000
4   Facsimile: (404) 881-7777
    Email: mike.kenny@alston.com
5
6   Additional Attorneys Listed on Signature Page

7   Attorneys for Defendant
    CERTIFIED AUTOMOTIVE PARTS ASSOCIATION
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13  SARAH PEREZ; MICHELLE LACKNEY;          Case No. 5:06-cv-01962 (JW)(PSG)
    RACHEL STEWART; RACHEL HARDYCH,
14  on behalf of themselves and all others similarly   **NOTICE OF WITHDRAWAL OF
    situated,                                COUNSEL NAEEMAH CLARK AND
15                                           ~~PROPOSED~~ ORDER**
                   Plaintiffs,
16
          v.
17
18  STATE FARM MUTUAL AUTOMOBILE
    INS. CO., an Illinois corporation;
19  ALLSTATE INDEMNITY CO., an Illinois
    corporation; GEICO GENERAL INS. CO., a
20  Maryland corporation, CERTIFIED
    AUTOMOTIVE PARTS ASS'N, a Delaware
21  Corporation; LIBERTY MUTUAL FIRE
    INS. CO., a Massachusetts corporation; and
22  UN-NAMED INSURANCE
    CONSPIRATORS,
23
24                 Defendants.
25
26

1   TO:    The Clerk of the Court and All Parties of Record:

2         PLEASE TAKE NOTICE that counsel for Defendant Certified Automotive Parts

3   Association ("CAPA") respectfully withdraws the appearance of Naeemah Clark in the above-

4   captioned action.  Ms. Clark is no longer practicing at Alston & Bird LLP ("Alston").  No other

5   attorney is withdrawing his or her appearance by this notice, and Alston remains as counsel to

6   CAPA.

7

8   Dated: January 24, 2011

9                                        Respectfully Submitted,

10                                       By: /s/ Michael P. Kenny
11                                       Michael P. Kenny (*Admitted Pro Hac Vice*)
                                         Erica L. Fenby (*Admitted Pro Hac Vice*)
12                                       ALSTON & BIRD LLP
                                         1201 W. Peachtree St. NW
13                                       Atlanta, Georgia 30309
                                         Telephone: (404) 881-7000
14                                       Facsimile: (404) 881-7777

15                                       AND

16                                       Kenneth M. Seeger (State Bar No. 135862)
                                         Brian J. Devine (State Bar No. 215198)
17                                       SEEGER • SALVAS LLP
                                         455 Market Street, Suite 1530
18                                       San Francisco, CA  94105
                                         Telephone:(415) 981-9260
19                                       Facsimile: (415) 981-9266

20                                       Attorneys for Defendant
21                                       CERTIFIED AUTOMOTIVE PARTS
                                         ASSOCIATION
22

23

24

25

26

SEEGER • SALVAS LLP

SEEGER • SALVAS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCH, on behalf of themselves and all others similarly situated, | Case No. 5:06-cv-01962 (JW) (PSG) |
| | [PROPOSED] ORDER ON NOTICE OF WITHDRAWAL OF COUNSEL NAEEMAH CLARK |
| Plaintiffs, | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INS. CO., an Illinois corporation; ALLSTATE INDEMNITY CO., an Illinois corporation; GEICO GENERAL INS. CO., a Maryland corporation, CERTIFIED AUTOMOTIVE PARTS ASS'N, a Delaware Corporation; LIBERTY MUTUAL FIRE INS. CO., a Massachusetts corporation; and UN-NAMED INSURANCE CONSPIRATORS, | |
| Defendants. | |

Having considered the Notice by counsel for Defendant Certified Automotive Parts Association of the withdrawal of Naeemah Clark as its counsel, and good cause appearing therefore, it is SO ORDERED.

DATED: _____January 28, 2011_____

_____
Honorable James Ware
United States District Chief Judge

SEEGER • SALVAS LLP

## PROOF OF SERVICE

I am employed in the County of Fulton, State of Georgia.  I am over the age of 18 and am not a party to the within action; my business address is 1201 West Peachtree Street, Atlanta, Georgia 30309.

On January 24, 2011, I served, in the matter indicated below, the foregoing document described as:

**NOTICE OF WITHDRAWAL OF COUNSEL NAEEMAH CLARK AND PROPOSED ORDER**

on the interested parties in this action:

| | |
|---|---|
| **PLAINTIFF COUNSEL** | James McMannis, Esquire<br>Colleen Duffy Smith, Esquire<br>MC MANIS FAULKNER & MORGAN<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>408.279.8700<br>408.279.3244, fax<br>jmcmanis@mfmlaw.com<br>cduffysmith@mfmlaw.com |
| **PLAINTIFF COUNSEL** | R. Stephen Berry, Esquire<br>J. Daniel Leftwich, Esquire<br>BERRY & LEFTWICH<br>1717 Pennsylvania Avenue NW, Suite 450<br>Washington DC 20006<br>202.296.3020<br>202.296.3038, fax<br>sberry@berry-leftwich.com |
| **PLAINTIFF COUNSEL** | Steven F. Benz, Esquire<br>KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL PLLC<br>1615 M Street NW, Suite 400<br>Washington DC 20036<br>202.326.7900<br>202.326.7999, fax<br>sbenz@khhte.com |
| **DEFENDANT COUNSEL**<br><br>**STATE FARM MUTUAL AUTOMOBILE INS. CO.** | Raoul Kennedy, Esquire<br>Philip Leider, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111<br>415.984.6400<br>415.984.2698, fax<br>rkennedy@skadden.com<br>pleider@skadden.com |

SEEGER • SALVAS LLP

| DEFENDANT COUNSEL<br><br>ALLSTATE INS. CO. | Rick Fenton, Esquire<br>SONNENSCHEIN, NATH & ROSENTHAL<br>233 South Wacker Drive<br>8000 Sears Tower<br>Chicago, Illinois 60606<br>spastroff@sonnenschein.com<br>rfenton@sonnenschein.com<br>jlennard@sonnenschein.com<br><br>Steve Frankel, Esquire<br>SONNENSCHEIN, NATH & ROSENTHAL<br>685 Market Street<br>San Francisco, California 94105<br>415.882.2410<br>sfrankel@sonnenschein.com |
| --- | --- |
| DEFENDANT COUNSEL<br><br>LIBERTY MUTUAL | Carol Rutter, Esquire<br>Mark Arnold<br>HUSCH & EPPENBERGER<br>190 Carondelet Plaza<br>Suite 600<br>St. Louis, Missouri 63105<br>314.480.1934<br>Carol.rutter@husch.com |
| DEFENDANT COUNSEL<br><br>GEICO | Sheila Carmody, Esquire *(Pro Hac Vice)*<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>Phoenix, Arizona 85004<br>602.382.6268<br>602.382.6070, fax<br>scarmody@swlaw.com |

X___    BY ELECTRONIC MAIL:  I caused such document to be mailed via Electronic Mail via the CM/ECF System.

X___    FEDERAL:  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on January 24, 2011, at Atlanta, Georgia.

/s/ Erica L. Fenby_____
ERICA L. FENBY (GA Bar. No. 402030)
*Pro Hac Vice Granted 9/22/10*