|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SARAH PEREZ, ET AL.,                    ) | Case No.: C-06-01962 JW (PSG) |
|---|---|
| )  | |
| Plaintiffs,     )  | **ORDER SETTING STATUS** |
| v.                         ) | **CONFERENCE** |
|                            )   | |
| STATE FARM MUTUAL          )   | |
| AUTOMOBILE INS. CO., ET AL., ) | (Docket No. 252) |
|                            )   | |
| Defendants.   )   | |
|  ) | |

Plaintiffs Sarah Perez, Michelle Lackney, Rachel Stewart and Rachel Hardyck request a status conference on a proposed plan to conduct merits discovery pursuant to the referral from Judge Ware.[1] Defendants Allstate Indemnity Company, GEICO General Insurance Company, Liberty Mutual Fire Insurance Company and Certified Auto Parts Association oppose the request.

Having reviewed the papers and the referral from Judge Ware, the parties shall appear for a status conference on April 14, 2011 at 11AM. No later than April 8, 2011, each party shall submit a proposed plan (of no more than 5 pages) addressing the issues set forth in Stephen

---

[1] *See* Docket 251.

ORDER, *page 1*

Berry's declaration, ¶¶ 3-10.[2]

IT IS SO ORDERED.

Dated:   April 4, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See* Docket No. 238-1.