*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

1  JAMES McMANIS (State Bar No. 40958)
   MICHAEL REEDY (State Bar No. 161002)
2  MCMANIS FAULKNER
   50 W. San Fernando St., Tenth Floor
3  San Jose, California 95113
   Telephone: (408) 279-8700
4  Facsimile: (408) 279-3244
   E-mail: jmcmanis@mcmanislaw.com
5          mreedy@mcmanislaw.com

6  Attorneys for Plaintiffs
   [Additional Counsel for Plaintiffs Appear on Signature Page]
7
   RICHARD L. FENTON (admitted *pro hac vice*)
8  STEVEN H. FRANKEL (SBN 171919)
   BONNIE LAU (SBN 246188)
9  SNR DENTON US LLP
   525 Market Street, 26th Floor
10 San Francisco, California 94105
   Telephone: (415) 882-5000
11 Facsimile: (415) 882-0300
   E-mail: richard.fenton@snrdenton.com
12         steven.frankel@snrdenton.com
           bonnie.lau@snrdenton.com
13
   Attorneys for Defendant Allstate Indemnity Company
14 [Additional Counsel for Other Defendants Appear on Signature Page]

15                  IN THE UNITED STATES DISTRICT COURT

16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCK, on behalf of themselves and all others similarly situated, | Case No. C06-01962 (JW) (PSG) |
|----|----|----|
| 19 | | |
| 20 | | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS DISCOVERY SCHEDULE AND DEADLINES |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | STATE FARM MUT. AUTO. INS. CO., an Illinois corporation; ALLSTATE INS. CO., an Illinois corporation; GEICO, a Maryland corporation; CERTIFIED AUTO. PARTS ASS'N, doing business in Washington, D.C.; LIBERTY MUT. INS. CO., a Massachusetts corporation; and UN NAMED INSURANCE CONSPIRATORS, | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

**STIPULATION**

Pursuant to the Court's June 3, 2011 Order Denying Motion for Administrative Relief (Docket Entry No. 351), Plaintiffs Sarah Perez, Michelle Lackney, Rachel Stewart and Rachel Hardyck (collectively "Plaintiffs") and Defendants State Farm Mutual Automobile Insurance Company, Allstate Indemnity Company, GEICO General Insurance Company, Certified Automotive Parts Association, and Liberty Mutual Fire Insurance Company (collectively "Defendants"), by and through their respective undersigned counsel, have met and conferred to work out a suitable discovery plan to complete class discovery, stipulate and agree as set forth below, and respectfully request that the Court approve and give effect to their stipulation:

1. The parties shall personally serve supplemental reports for all affirmative experts no later than July 6, 2011, including CD's with digitized images of all documents reviewed.

2. The parties shall personally serve supplemental reports for all rebuttal experts no later July 18, 2011, including CD's with digitized images of all documents reviewed.

3. For experts retained by Plaintiffs, the CD's referenced in paragraphs 1 and 2 above shall be personally served on the San Francisco office of SNR Denton US LLP for all Defendants, and for experts retained by Defendants, the CD's shall be personally served on Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. for all Plaintiffs.

4. Depositions of class experts shall take place between July 18, 2011 and July 26, 2011 according to the following schedule:

      Plaintiffs' Class Expert Noll: Thursday, July 21, 2011 at 9 am

      Defendants' Class Expert Rubinfeld: Friday, July 22, 2011 at 9 am

      Defendants' Class Expert Vogler: Monday, July 25, 2011 at 9 am

      Defendants' Class Expert Cripe: Tuesday, July 26, 2011 at 9 am

5. Under the Court's April 13, 2011 Order (Docket Item No. 298), class discovery currently closes on July 13, 2011. A 13-day extension of the class discovery deadline to July 26, 2011 is necessary to complete class discovery and will not affect the September 12, 2011 hearing date on Plaintiffs' anticipated motion for class certification. Other than the modification

of the class discovery schedule set forth in Court's April 13, 2011 Order, no other extensions or modifications have been obtained.

6. Defendants agree that by entering into this Stipulation, Plaintiffs have not waived their pending motion to exclude Defendants' class experts to be heard by this Court on July 11, 2011.

7. Plaintiffs reserve the ability to reasonably refine Plaintiffs' July 6th supplementation no later than July 15, 2011 as to data or information produced on or after May 27, 2011, and Defendants reserve the ability to reasonably refine Defendants' July 18th supplementation no later than 48 hours prior to the deposition of the respective Defendants' Class Expert.

IT IS SO STIPULATED ON JUNE 14, 2011.

By   //S//
On Behalf of All Plaintiffs

James McManis
Michael Reedy
McManis Faulkner
50 W. San Fernando St.
San Jose, CA 95113
Telephone: (408) 279-8700
jmcmanis@mcmanislaw.com
mreedy@mcmanislaw.com

Colleen Duffy-Smith
Morgan Duffy-Smith & Tidalgo LLP
1960 The Alameda
Suite 220
San Jose, CA 95126
Telephone: (408) 244-4570
cduffysmith@mdstlaw.com

R.. Stephen Berry
D.C. Bar No. 234815
Berry Law PLLC
1717 Pennsylvania Ave. NW
Suite 450
Washington, DC 20006
Telephone: (202) 296-3020
sberry@berrylawpllc.com

By   //S//
On Behalf of All Defendants

Richard L. Fenton
SNR Denton US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
richard.fenton@snrdenton.com

Steven H. Frankel
Bonnie Lau
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
steven.frankel@snrdenton.com
bonnie.lau@snrdenton.com

ATTORNEYS FOR DEFENDANT
ALLSTATE INDEMNITY COMPANY

| | | |
|---|---|---|
| 1 | Steven F. Benz<br>D.C. Bar No. 428026 | Raoul Kennedy<br>Richard J. Zuromski, Jr. |
| 2 | Andrew Hetherington<br>D.C. Bar No. 490434 | Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Avenue |
| 3 | Kellogg, Huber, Hansen, Todd, Evans<br>& Figel PLLC | Palo Alto, CA 94301<br>Telephone: (650) 470-4500 |
| 4 | 1615 M St., N.W.<br>Suite 400 | raoul.kennedy@skadden.com<br>richard.zuromski@skadden.com |
| 5 | Washington, D.C. 20036<br>Telephone: (202) 326-7900 | ATTORNEYS FOR DEFENDANT |
| 6 | sbenz@khhte.com | STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY |
| 7 | ATTORNEYS FOR PLAINTIFFS | |
| 8 | | Sheila Carmody |
| | | Ian Fischer |
| 9 | | Snell & Wilmer |
| | | One Arizona Center |
| 10 | | Phoenix, AZ 85004 |
| | | Telephone: (602) 382-6268 |
| 11 | | scarmody@swlaw.com |
| | | ifischer@swlaw.com |
| 12 | | |
| | | ATTORNEYS FOR DEFENDANT GEICO |
| 13 | | GENERAL INSURANCE COMPANY |
| 14 | | |
| | | Michael P. Kenny |
| 15 | | Cari Dawson |
| | | Erica Ghali |
| 16 | | Alston & Bird |
| | | One Atlantic Center |
| 17 | | 1201 W. Peachtree Street |
| | | Atlanta, GA 30309 |
| 18 | | Telephone: 404-881-7179 |
| | | mkenny@alston.com |
| 19 | | cdawson@alston.com |
| 20 | | ATTORNEYS FOR DEFENDANT |
| | | CERTIFIED AUTOMOTIVE PARTS |
| 21 | | ASSOCIATION |
| 22 | | Carol A. Rutter |
| | | Mark G. Arnold |
| 23 | | Husch Blackwell LLP |
| | | 190 Carondelet Plaza, Suite 6090 |
| 24 | | St. Louis, MO 63105 |
| | | Telephone: 314-480-1500 |
| 25 | | Facsimile: 314-480-1505 |
| | | carol.rutter@husch.com |
| 26 | | mark.arnold@husch.com |
| 27 | | ATTORNEYS FOR LIBERTY MUTUAL |
| | | FIRE INSURANCE COMPANY |
| 28 | | |

-3-

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 16, 2011

_____
Hon. James Ware
United States District Chief Judge

## CERTIFICATION

I, Steven H. Frankel, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Class Discovery Schedule and Deadlines.  In compliance with General Order 45.X.B.  I hereby attest that counsel for all parties concurred in this filing.

Dated:   June 14, 2011                               /s/ Steven H. Frankel_____
                                                                 Steven H. Frankel