UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ, ET AL., ) | Case No.: C-06-01962 JW (PSG) |
| ) | |
| Plaintiffs, ) | **ORDER SETTING HEARING** |
| v. ) | |
| ) | (Docket Nos. 412, 413, 415) |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INS. CO., ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to paragraph seven of the July 1 order, Plaintiffs and Defendants State Farm Mutual Insurance Company and Liberty Mutual Insurance Company filed letter briefs requesting a further discovery conference.[1]  Having reviewed the parties' respective letter briefs and considered the arguments of counsel, the undersigned finds it appropriate to set a hearing. Accordingly,

IT IS HEREBY ORDERED that a hearing shall be held on July 27, 2011 at 10AM.  Any opposition (not to exceed three pages) to any of the letter briefs shall be filed no later than July

---

[1] *See* Docket No. 399.

ORDER, *page 1*

1 | 22, 2011. No reply papers will be considered.

2 |     IT IS SO ORDERED.

3 | Dated: July 18, 2011

_____<br>
PAUL S. GREWAL<br>
United States Magistrate Judge