1  Michael Reedy (State Bar No. 161002)
   MCMANIS FAULKNER
2  50 W. San Fernando St., Tenth Floor
   San Jose, CA 95113
3  Telephone: (408) 279-8700
   Telecopy: (408) 279-3244
4  mreedy@mcmanislaw.com
          Attorneys for the Plaintiffs
5         [Additional counsel appear on signature page]

6  Steven H. Frankel (State Bar No. 171919)
   Richard L. Fenton (admitted *pro hac vice*)
7  SNR DENTON US LLP
   525 Market Street, 26th Floor
8  San Francisco, CA 94105
   Telephone: (415) 882-5000
9  Telecopy: (415) 882-0300
   steven.frankel@snrdenton.com
10 richard.fenton@snrdenton.com
          Attorneys for Defendant Allstate Indemnity Company
11        [Additional Counsel for Other Defendants Appear on Signature Page]

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14 **SARAH PEREZ, MICHELLE LACKNEY,**         )  **CASE NO. C O6-01962 (JW) (PSG)**
   **RACHEL STEWART AND RACHEL**             )
15 **HARDYCK, on behalf of themselves and**  )
   **others similarly situated,**            )  **STIPULATION AND ORDER**
16                                           )  **REGARDING REVISED CLASS**
             **Plaintiffs,**                 )  **SCHEDULING IN LIGHT OF**
17                                           )  **COURT'S ORDER (DKT. #405)**
             **v.**                          )
18                                           )
   **STATE FARM MUTUAL AUTOMOBILE INS.**     )
19 **CO., STATE FARM FIRE AND CASUALTY**     )
   **CO., STATE FARM GENERAL INSURANCE**     )
   **CO.**                                   )
20                                           )
   **ALLSTATE INDEMNITY CO., ALLSTATE**      )
21 **INSURANCE CO., ALLSTATE PROPERTY**      )
   **& CASUALTY INSURANCE CO.**              )
22                                           )
   **GEICO GENERAL INSURANCE CO.,**          )
23 **GEICO CASUALTY COMPANY, GEICO**         )
   **INDEMNITY CO.,**                        )
24                                           )
   **CERTIFIED AUTOMOTIVE PARTS ASS'N.**     )
25                                           )
   **LIBERTY MUTUAL INS. CO. and**           )
26                                           )
   **UN-NAMED INSURANCE CONSPIRATORS**       )
27                                           )
             **Defendants.**                 )
28

---

Stipulation and Order Regarding Revised Class Scheduling - Page 1          Case No. 5:06-01962 (JW)(PSG)

1

**STIPULATION**

2

Pursuant to the Court's July 6, 2011 Order Denying Plaintiffs' Motion To Exclude Expert

3

4

Testimony and Denying Defendants' Motion For A Case Management Conference As Premature

5

(Dkt. #405), Plaintiffs Sarah Perez, Michelle Lackney, Rachel Stewart and Rachel Hardyck

6

(collectively "Plaintiffs") and Defendants State Farm Mutual Automobile Insurance Co., State Farm

7

Fire and Casualty Co., State Farm General Insurance Co., Allstate Indemnity Co., Allstate Insurance

8

9

Co., Allstate Property & Casualty Insurance Co.,   GEICO General Insurance Co.[1], Certified

10

Automotive Parts Association, and Liberty Mutual Fire Insurance Co. (collectively "Defendants"),

11

by and through their respective undersigned counsel, have met and conferred to work out a suitable

12

13

class discovery and disclosure plan in light of the filing of the Fourth Amended Complaint and the

14

Court's direction that "... the Court will allow Plaintiffs time to file Supplemental Responses to the

15

expert reports at issue, to the extent that Plaintiffs believe that their own 'rebuttal rights' have been

16

prejudiced by Defendants' expert reports."

17

1.      Plaintiffs shall personally serve any additional supplemental class expert report no

18

19

later than July 15, 2011, including a CD of documents reviewed with digitized images of all

20

documents reviewed since prior CD disclosure.

21

2.      Defendants shall personally serve supplemental or rebuttal class expert reports no

22

23

later than August 5, 2011, including CDs of documents reviewed with digitized images of all

24

documents reviewed since prior CD disclosure.

25

26

27

[1] GEICO counsel is not authorized to accept service for GEICO entities with which GEICO Plaintiff

28

was not insured.

3.      Plaintiffs shall personally serve rebuttal class expert reports no later than August 22, 2011, including CDs of documents reviewed with digitized images of all documents reviewed since prior CD disclosure.

4.      Any motions to exclude expert testimony shall be filed and served on or before August 29, 2011.

5.      All parties shall move, answer or otherwise plead in response to Plaintiffs' Fourth Amended Complaint no later than August 12, 2011.[2]

6.      Depositions of class experts shall take place according to the following schedule:

Plaintiffs' Class Expert Noll: Thursday, August 25, 2011 at 9:00 a.m.

Plaintiffs' Additional Rebuttal Experts: Tuesday-Wednesday, August 30-31, 2011.

Defendants' Class Expert Rubinfeld: Friday, September 9, 2011 at 9:00 a.m.

Defendants' Class Experts Vogler and Cripe: completed between September 12-16, 2011.

7.      Under the Court's June 16, 2011 Order (Dkt. # 372), class discovery currently closes on July 26, 2011. The class discovery deadline is now extended to September 16, 2011 to effectuate the Court's Order of July 6, 2011 (Dkt. #405) and its suggested negotiations by the parties.

8.      Accordingly, the deadlines for class briefing are reset as follows:

Class Motion filed and served on or before September 26, 2011.

Class Oppositions filed and served on or before October 24, 2011.

Class Reply filed and served on or before November 7, 2011.

---

[2] *But see* footnote 1. This paragraph does not apply to GEICO General Insurance Co.

1        9.      Class hearing is set on Thursday, November 17, 2011 or when the Court shall

2  otherwise specify.

3

4        10.    The parties shall file a Joint Case Management Statement on or before November 8,

5  2011.

6       IT IS SO STIPULATED ON JULY 18, 2011.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation and Order Regarding Revised Class Scheduling - Page 4         Case No. 5:06-01962 (JW)(PSG)

1  | **By** *//s//*_____      **By** *//s//*_____

2  | **On Behalf of All Plaintiffs**        **On Behalf of All Defendants**

3  James McManis                 Richard L. Fenton

   Michael Reedy                 SNR Denton US LLP

4  McManis Faulkner            233 S. Wacker Drive, Suite 7800

5  50 W. San Fernando St.       Chicago, IL 60606

   San Jose, CA 95113         Telephone: (312) 876-8000

6  Telephone: (408) 279-8700    richard.fenton@snrdenton.com

7  jmcmanis@mcmanislawlaw.com

   mreedy@mcmanislaw.com     Steven H. Frankel

8                                 Bonnie Lau

9  Colleen Duffy-Smith          SNR Denton US LLP

   Morgan Duffy-Smith & Tidalgo LLP    525 Market Street, 26th Floor

10 1960 The Alameda, Suite 220    San Francisco, CA 94105

   San Jose CA 95126         steven.frankel@snrdenton.com

11 Telephone: (408) 244-4570    bonnie.lau@snrdenton.com

12 cduffysmith@mdstlaw.com

13 R. Stephen Berry            ATTORNEYS FOR DEFENDANTS

   (D.C. Bar No. 234815)       ALLSTATE INDEMNITY COMPANY,

14 Berry Law PLLC             ALLSTATE INSURANCE CO.,

15 1717 Pennsylvania Ave., NW    ALLSTATE PROPERTY & CASUALTY

   Suite 450                       INSURANCE CO.

16 Washington, DC 20006

17 Telephone: (202) 296-3020    Raoul Kennedy

   sberry@berrylawpllc.com      Richard J. Zuromski, Jr.

18                                Skadden, Arps, Slate, Meagher & Flom LLP

19 Steven F.Benz              525 University Avenue

   D.C. Bar No. 428026        Palo Alto, CA 94301

20 Andrew Hetherington      Telephone: (650) 470-4500

   D.C. Bar No. 490434        raoul.kennedy@skadden.com

21 Kellogg, Huber, Hansen, Todd, Evans,    richard.zuromski@skadden.com

22    & Figel, PLLC

23 1615 M Street, NW, Suite 400   ATTORNEYS FOR DEFENDANTS

   Washington, DC 20036      STATE FARM MUTUAL AUTOMOBILE

24 Telephone: (202) 326-7900    INSURANCE COMPANY, STATE FARM

   sbenz@khhte.com           FIRE AND CASUALTY CO., STATE

25 ahetherington@khhte.com     FARM GENERAL INSURANCE CO.

26 ATTORNEYS FOR PLAINTIFFS

27

28

---

| | |
|---|---|
| 1 | Sheila Carmody |
| 2 | Ian Fischer |
| | Snell & Wilmer |
| 3 | One Arizona Center |
| | Phoenix, AZ 85004 |
| 4 | Telephone: (602) 382-6268 |
| 5 | scarmody@swlaw.com |
| | ifischer@swlaw.com |
| 6 | |
| 7 | ATTORNEYS FOR DEFENDANTS GEICO |
| | GENERAL INSURANCE COMPANY, |
| 8 | GEICO CASUALTY COMPANY, GEICO |
| | INDEMNITY CO. |
| 9 | |
| 10 | Michael P. Kenny |
| | Cari Dawson |
| 11 | Erica Ghali |
| | Alston & Bird |
| 12 | One Atlantic Center |
| 13 | 1201 W. Peachtree Street |
| | Atlanta, GA 30309 |
| 14 | Telephone: (404) 881-7179 |
| 15 | mkenny@alston.com |
| | cdawson@alston.com |
| 16 | |
| 17 | ATTORNEYS FOR DEFENDANT |
| | CERTIFIED AUTOMOTIVE PARTS |
| 18 | ASSOCIATION |
| 19 | |
| | Carol A. Rutter |
| 20 | Mark G. Arnold |
| | Husch Blackwell LLP |
| 21 | 190 Carondelet Plaza, Suite 6090 |
| 22 | St. Louis, MO 63105 |
| | Telephone: (314) 480-1500 |
| 23 | carol.rutter@husch.com |
| | mark.arnold@husch.com |
| 24 | |
| 25 | ATTORNEYS FOR LIBERTY MUTUAL |
| | FIRE INSURANCE COMPANY |
| 26 | |
| 27 | |
| 28 | |

1

## **ORDER**

2

3
PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
Dated: July 27, 2011 _____ _____

5

6
Hon. James Ware
United States District Chief Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28