UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ, ET AL., <br><br>     Plaintiffs, <br>  v. <br><br> STATE FARM MUTUAL <br> AUTOMOBILE INS. CO., ET AL., <br><br>     Defendants. | Case No.: C-06-01962 JW (PSG) <br><br> **ORDER RE PARTIES' DISCOVERY MOTIONS** <br><br> (Docket Nos. 412, 413, 415) |

On July 27, 2011, the parties appeared for hearing on additional discovery disputes on an expedited basis.[1] That same day, Chief Judge Ware extended the close of class discovery to September 16, 2011.[2] On August 1, 2011, Chief Judge Ware granted Defendant State Farm Mutual Automobile Insurance Company's ("State Farm") motion for leave to file motion for reconsideration and stay of Rule 56(d) discovery.[3] Accordingly,

IT IS HEREBY ORDERED that State Farm and Liberty Mutual's request to continue

---

[1] The procedure for such expedited consideration was set forth in an order dated July 1, 2011. The parties described their disputes in letters submitted on July 15, 2011, to which responses were filed on July 22, 2011.

[2] *See* Docket No. 435.

[3] *See* Docket No. 438.

ORDER, *page 1*

1  deadlines for all Rule 56(d) discovery is DENIED as moot.

2      IT IS FURTHER ORDERED that Plaintiffs' request for sanctions is DENIED without
3  prejudice to a renewed motion.  Plaintiffs seek sanctions to address, among other things,
4  production issues related to third-party claims, pre-production review of documents for
5  responsiveness, and Defendants' alleged failure to include any of Plaintiffs' proposed search
6  terms.  In light of the July 27 order extending the deadline for class discovery and the August 1
7  order staying Rule 56(d) discovery, however, Plaintiffs' request is premature.  To the extent
8  Plaintiffs wish to renew their request for sanctions after the deadlines for class and Rule 56(d)
9  have passed, they may do so by filing a motion and noticing a hearing pursuant to Civ. L.R. 7-2.
10 Any opposition and reply briefs may be filed pursuant to Civ. L.R. 7-3.

11     IT IS SO ORDERED.

Dated:   August 1, 2011

                PAUL S. GREWAL
                United States Magistrate Judge