IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sarah Perez, et al., | NO. C 06-01962 JW |
| Plaintiffs, <br> v. | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS TO OCTOBER 31, 2011** |
| State Farm Mut. Auto. Ins. Co., et al., | |
| Defendants. <br> _____/ | |

Several Motions to Dismiss in this case are currently set for a hearing on October 17, 2011.[1] Upon review of the Motions, and in order to control its own docket, the Court CONTINUES the October 17 hearing on these Motions to **October 31, 2011 at 9 a.m.**

Dated: September 28, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Notice of Motions and Motions by Defendants State Farm Fire & Casualty Co. and State Farm General Insurance Co. to Dismiss or for More Definite Statement, Docket Item No. 449; Notice of Motion and Joint Motion to Dismiss Fourth Amended Complaint on Behalf of Allstate Insurance Company, Allstate Property and Casualty Company, Geico Casualty Company, Geico Indemnity Company and Government Employees Insurance Company, Docket Item No. 454.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew M. Hetherington ahetherington@khhte.com
Bonnie Lau bonnie.lau@snrdenton.com
Brian J. Devine bdevine@seegersalvas.com
Cari K. Dawson cari.dawson@alston.com
Carol A. Rutter carol.rutter@husch.com
Carol A. Rutter carol.rutter@huschblackwell.com
Colleen Duffy-Smith cduffysmith@mdstlaw.com
David A. DeGroot ddegroot@sheppardmullin.com
Erica L. Fenby erica.ghali@alston.com
Frank Falzetta ffalzetta@sheppardmullin.com
James McManis jmcmanis@mcmanislaw.com
Robert Stephen Berry sberry@berrylawpllc.com
Robyn Denise Buck robyn.buck@huschblackwell.com
Sheila K Carmody scarmody@swlaw.com
Steven F. Benz sbenz@khhte.com
Steven F. Benz sbenz@khhte.com
Steven H. Frankel steven.frankel@snrdenton.com

**Dated: September 28, 2011**                     **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
   **Susan Imbriani**
   **Courtroom Deputy**