1  JAMES McMANIS (State Bar No. 40958)
   MICHAEL REEDY (State Bar No. 161002)
2  MCMANIS FAULKNER
   50 W. San Fernando St., Tenth Floor
3  San Jose, California  95113
   Telephone:  (408) 279-8700
4  Facsimile:    (408) 279-3244
   E-Mail:  jmcmanis@mcmanislaw.com
5           mreedy@mcmanislaw.com

6  Attorneys for Plaintiffs
   [Additional Counsel for Plaintiffs Appear on Signature Page]
7
   STEVEN H. FRANKEL (SBN 171919)
8  BONNIE LAU (SBN 246188)
   SNR DENTON US LLP
9  525 Market Street, 26th Floor
   San Francisco, California 94105
10 Telephone:  (415) 882-5000
   Facsimile:   (415) 882-0300
11 Email:       steven.frankel@snrdenton.com
                bonnie.lau@snrdenton.com
12
13 Attorneys for Defendants
   Allstate Indemnity Company, Allstate Insurance Company, and
14 Allstate Property & Casualty Insurance Company
   [Additional Counsel for Other Defendants Appear on Signature Page]

15
16
17                    UNITED STATES DISTRICT COURT
18                    NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  SARAH PEREZ; et al., | Case No. C06-1962 JW (PSG) |
| 21           Plaintiffs, | Hon. James Ware |
| 22  v. | STIPULATION AND [PROPOSED] |
| 23  STATE FARM MUT. AUTO. INS. CO. et al. | ORDER REGARDING REPLY MEMORANDA IN SUPPORT OF |
| 24           Defendants. | DEFENDANTS' JOINT MOTIONS TO STRIKE AND TO EXCLUDE AND |
| 25  | BRIEFING SCHEDULE ON GEICO |
| 26  | MOTION TO DISQUALIFY PLAINTIFF HILDA RACHEL STEWART |
| 27  | |
| 28  | |

IT IS SO ORDERED
Judge James Ware

**STIPULATION**

Plaintiffs Sarah Perez, Michelle Lackney, Rachel Stewart and Rachel Hardyck (collectively "Plaintiffs") and Defendants State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm General Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property & Casualty Insurance Company, GEICO General Insurance Company, GEICO Casualty Company, GEICO Indemnity Company, Certified Automotive Parts Association, and Liberty Mutual Fire Insurance Company (collectively "Defendants"), by and through their respective undersigned counsel, stipulate and agree as follows:

1.  On August 29, 2011, Defendants filed the following joint motions ("Joint Motions") that are set for hearing on December 12, 2011 at 9:00 a.m.:

    (a)   Motion to Strike Rebuttal Declaration of Plaintiffs' Purported Expert Donald T. Bashline and to Exclude His Testimony (Docket Entry No. 472);

    (b)   Motion to Exclude Testimony of Plaintiffs' Purported Expert Roger G. Knoll (Docket Entry No. 473); and

    (c)   Motion to Strike Rebuttal Declaration of Plaintiffs' Purported Expert Allen Wood and To Exclude His Testimony (Docket Entry No. 474).

2.  Pursuant to the Court's September 6, 2011 Order (Docket Entry No. 487), Plaintiffs filed their oppositions to the Joint Motions on September 26, 2011. Defendants' replies in support of the Joint Motions are currently due to be filed on Monday, October 3, 2011.

3.  Defendants have requested and Plaintiffs agree that the time within which Defendants shall file their replies in support of the Joint Motions be extended by two days -- from Monday, October 3, 2011 to Wednesday, October 5, 2011 -- to accommodate those counsel who are observing the Jewish New Year holiday (from sundown on Wednesday, September 27 through sundown on Friday, September 30, 2011).

4.  On September 26, 2011, the GEICO defendants filed a Motion to Disqualify Hilda Rachel Stewart From Serving as a Class Representative ("GEICO Motion") (Docket Entry No. 525) that is also set for hearing on December 12, 2011 at 9:00 a.m. Plaintiffs' Opposition to the GEICO

Motion is currently due on Tuesday, October 11, 2011. Plaintiffs have requested and the GEICO defendants agree that the time within which Plaintiffs shall file their opposition to the GEICO Motion be extended from Tuesday, October 11, 2011 to Thursday, October 13, 2011, and that the time for the GEICO defendants to file their reply in support of GEICO Motion be extended from Tuesday, October 18, 2011 to Thursday, October 20, 2011.

IT IS SO STIPULATED ON SEPTEMBER 27, 2011.

| By    //S// | By    //S// |
|---|---|
| **On Behalf of All Plaintiffs** | **On Behalf of All Defendants** |
| James McManis<br>Michael Reedy<br>McManis Faulkner<br>50 W. San Fernando St.<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>jmcmanis@mcmanislaw.com<br>mreedy@mcmanislaw.com | Steven H. Frankel<br>Bonnie Lau<br>SNR Denton US LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 882-5000<br>steven.frankel@snrdenton.com<br>bonnie.lau@snrdenton.com |
| Colleen Duffy-Smith<br>Morgan Duffy-Smith & Tidalgo LLP<br>1960 The Alameda<br>Suite 220<br>San Jose, CA 95126<br>Telephone: (408) 244-4570<br>cduffysmith@mdstlaw.com | Richard L. Fenton<br>SNR Denton US LLP<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>richard.fenton@snrdenton.com |
| R.. Stephen Berry<br>D.C. Bar No. 234815<br>Berry Law PLLC<br>1717 Pennsylvania Ave. NW<br>Suite 450<br>Washington, DC 20006<br>Telephone: (202) 296-3020<br>sberry@berrylawpllc.com | ATTORNEYS FOR DEFENDANTS ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, and ALLSTATE PROPERTY & CASUALTY COMPANY |
| Steven F. Benz<br>D.C. Bar No. 428026<br>Andrew Hetherington<br>D.C. Bar No. 490434<br>Kellogg, Huber, Hansen, Todd, Evans<br>& Figel PLLC<br>1615 M St., N.W.<br>Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>sbenz@khhte.com | Raoul Kennedy<br>Richard J. Zuromski, Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>raoul.kennedy@skadden.com<br>richard.zuromski@skadden.com |

| | | |
|---|---|---|
| 1 | ATTORNEYS FOR PLAINTIFFS | Joseph A. Cancila, Jr. |
| 2 | | Schiff Hardin LLP |
| | | 233 S. Wacker Drive, Suite 6600 |
| 3 | | Chicago, IL  60606 |
| | | Telephone: (312) 258-5613 |
| 4 | | jcancila@schiffhardin.com |

ATTORNEYS FOR DEFENDANTS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, and STATE FARM GENERAL INSURANCE COMPANY

Sheila Carmody
Ian Fischer
Snell & Wilmer
One Arizona Center
Phoenix, AZ 85004
Telephone: (602) 382-6268
scarmody@swlaw.com
ifischer@swlaw.com

ATTORNEYS FOR DEFENDANTS GEICO GENERAL INSURANCE COMPANY, GEICO CASUALTY COMPANY, and GEICO INDEMNITY COMPANY

Michael P. Kenny
Erica Ghali
Alston & Bird
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7179
mkenny@alston.com
cdawson@alston.com

ATTORNEYS FOR DEFENDANT CERTIFIED AUTOMOTIVE PARTS ASSOCIATION

Carol A. Rutter
Mark G. Arnold
Husch Blackwell LLP
190 Carondelet Plaza, Suite 6090
St. Louis, MO  63105
Telephone:  314-480-1500
Facsimile:  314-480-1505
carol.rutter@husch.com
mark.arnold@husch.com

ATTORNEYS FOR LIBERTY MUTUAL FIRE INSURANCE COMPANY

-4-

Case No. C06-1962 JW (PSG)   STIPULATION AND [~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29, 2011

_____
Hon. James Ware
United States District Chief Judge

-5-

Case No. C06-1962 JW (PSG)                    STIPULATION AND [PROPOSED] ORDER

# **CERTIFICATION**

I, Steven H. Frankel, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Defendants' Replies in Support of Joint Motions to Strike and to Exclude and Briefing Schedule on GEICO Motion To Disqualify Plaintiff Hilda Rachel Stewart. In compliance with General Order 45.X.B., I hereby attest that counsel for all parties, concurred in this filing.

Dated: September 27, 2011   /s/ Steven H. Frankel_____
                            Steven H. Frankel