1  Michael P. Kenny (*Admitted Pro Hac Vice*)
   Erica L. Fenby (*Admitted Pro Hac Vice*)
2  ALSTON & BIRD LLP
   1201 West Peachtree Street, NW
3  Atlanta, Georgia  30309
   Telephone: (404) 881-7000
4  Facsimile: (404) 881-7777
   Email: mike.kenny@alston.com
5
6  Additional Attorneys Listed on Signature Page

7  Attorneys for Defendant
   CERTIFIED AUTOMOTIVE PARTS ASSOCIATION
8
9                  UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11
12  SARAH PEREZ, *et al.*,                    Case No. C06-01962 (JW) (PSG)
13                Plaintiffs,
14        v.                                  **STIPULATION AND [PROPOSED]
                                              ORDER TO RESCHEDULE HEARING
15  STATE FARM MUTUAL AUTOMOBILE              ON PLAINTIFFS' RENEWED
    INS. CO., *et al.*,                       MOTION FOR CLASS
16                                            CERTIFICATION**
                Defendants.
17
18

19        Plaintiffs and Defendants, by and through their respective counsel of record, stipulate as
20  follows and respectfully request that the Court approve and give effect to their stipulation:
21        WHEREAS, Plaintiffs' Motion for Class Certification was previously set for hearing on
22  December 12, 2011 at 9:00am (Docket No. 496);
23        WHEREAS, on December 7, 2011, this Court set April 23, 2012 at 9:00 a.m. as the hearing
24  date for Plaintiffs' Renewed Motion for Class Certification (Docket No. 580);
25        WHEREAS, lead counsel for certain defendants have an unavoidable conflict with April
26  23, 2012;
27
28

Case No. C06-01962 (JW) (PSG)              STIPULATION AND [PROPOSED] ORDER TO
                                           RESCHEDULE HEARING ON PLAINTIFFS'
                                           RENEWED MOTION FOR CLASS CERTIFICATION

1    WHEREAS, in light of this conflict, the parties have conferred and agreed that all counsel

2    would be available on **May 14, 2012 at 9:00 a.m.** for a hearing on Plaintiffs' Renewed Motion for

3    Class Certification.

4

5    By:                                          By:

6    _____/S/_____              _____/S/_____
     On Behalf of All Plaintiffs                  On Behalf of All Defendants

7
     Robert Stephen Barry                         Richard L. Fenton
8    Berry Law PLLC                               SNR Denton US LLP
     1717 Pennsylvania Avenue, NW                 233 S. Wacker Drive, Suite 7800
9    Suite 450                                    Chicago, Illinois 60606
     Washington, DC 20006
10                                                Steven H. Frankel
     James McManis                                Bonnie Lau
11   Michael Gannon Reedy                         SNR Denton US LLP
     McManis Faulkner                             525 Market Street, 26th Floor
12   50 W. San Fernando Street, 10th Floor        San Francisco, CA 94105
     San Jose, CA 95113
13                                                Raoul Dion Kennedy
     Collen Duffy-Smith                           Richard J. Zuromski, Jr.
14   Morgan Duffy-Smith & Tidalgo LLP             Skadden, Arps, Slate, Meagher
     1960 The Alameda                             & Flom LLP
15   Suite 220                                    525 University Avenue, Suite 1100
     San Jose, CA 95126                           Palo Alto, CA 94301
16
17   Steven F. Benz                               Joseph Anthony Cancila
     Beverly Carol Moore                          Schiff Hardin LLP
18   Andrew M. Hetherington                       233 South Wacker Drive, Suite 6600
     Kellogg, Huber, Hansen, Todd                 Chicago, IL 60606
19   1615 M Street, N.W., Suite 400
     Washington, DC 20036                         Robert J. Gibson
20                                                Snell & Wilmer
21   *Counsel for Plaintiffs*                     600 Anton Blvd., Ste 1400
                                                  Costa Mesa, CA 92626
22
                                                  Sheila K. Carmody
23                                                Ian M. Fischer
                                                  Snell & Wilmer
24                                                One Arizona Center
                                                  Phoenix, AZ 85004
25
26

27   Case No. C06-01962 (JW) (PSG)                        -2-                STIPULATION AND [PROPOSED] ORDER TO
                                                                            RESCHEDULE HEARING ON PLAINTIFFS'
28                                                                          RENEWED MOTION FOR CLASS CERTIFICATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Randall Allen
Michael P. Kenny
Erica Fenby
Alston & Bird
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309

Carol A. Rutter
Mark G. Arnold
Robyn D. Buck
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63102

Frank Falzetta
Sheppard, Mullin, Richter & Hampton
LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

*Counsel for Defendants*

-3-

Case No. C06-01962 (JW) (PSG)

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE HEARING ON PLAINTIFFS'
RENEWED MOTION FOR CLASS CERTIFICATION

1

**PROPOSED ORDER**

2  Pursuant to Stipulation and for good cause shown,

3  IT IS SO ORDERED.

4  Dated_____

5

DENIED

Judge James Ware

James Ware

United States District Chief Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

Case No. C06-01962 (JW) (PSG)     STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE HEARING ON PLAINTIFFS'
RENEWED MOTION FOR CLASS CERTIFICATION