1  Michael P. Kenny (*Admitted Pro Hac Vice*)
   Erica L. Fenby (*Admitted Pro Hac Vice*)
2  ALSTON & BIRD LLP
   1201 West Peachtree Street, NW
3  Atlanta, Georgia  30309
   Telephone: (404) 881-7000
4  Facsimile: (404) 881-7777
   Email: mike.kenny@alston.com
5

6  Additional Attorneys Listed on Signature Page

7  Attorneys for Defendant
   CERTIFIED AUTOMOTIVE PARTS ASSOCIATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SARAH PEREZ, *et al*.,<br><br>                   Plaintiffs,<br><br>         v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., *et al*.,<br><br>                   Defendants. | Case No. C06-01962 (JW) (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |

Plaintiffs and Defendants, by and through their respective counsel of record, stipulate as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, Plaintiffs' Motion for Class Certification was previously set for hearing on December 12, 2011 at 9:00am (Docket No. 496);

WHEREAS, on December 7, 2011, this Court set April 23, 2012 at 9:00 a.m. as the hearing date for Plaintiffs' Renewed Motion for Class Certification (Docket No. 580);

WHEREAS, lead counsel for certain defendants have an unavoidable conflict with April 23, 2012;

WHEREAS, in light of this conflict, the parties have conferred and agreed that all counsel would be available on **May 14, 2012 at 9:00 a.m.** for a hearing on Plaintiffs' Renewed Motion for Class Certification.

By:
_____/S/_____
On Behalf of All Plaintiffs

Robert Stephen Barry
Berry Law PLLC
1717 Pennsylvania Avenue, NW
Suite 450
Washington, DC 20006

James McManis
Michael Gannon Reedy
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, CA 95113

Collen Duffy-Smith
Morgan Duffy-Smith & Tidalgo LLP
1960 The Alameda
Suite 220
San Jose, CA 95126

Steven F. Benz
Beverly Carol Moore
Andrew M. Hetherington
Kellogg, Huber, Hansen, Todd
1615 M Street, N.W., Suite 400
Washington, DC 20036

*Counsel for Plaintiffs*

By:
_____/S/_____
On Behalf of All Defendants

Richard L. Fenton
SNR Denton US LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606

Steven H. Frankel
Bonnie Lau
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105

Raoul Dion Kennedy
Richard J. Zuromski, Jr.
Skadden, Arps, Slate, Meagher
& Flom LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

Joseph Anthony Cancila
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606

Robert J. Gibson
Snell & Wilmer
600 Anton Blvd., Ste 1400
Costa Mesa, CA 92626

Sheila K. Carmody
Ian M. Fischer
Snell & Wilmer
One Arizona Center
Phoenix, AZ 85004

-2-

Case No. C06-01962 (JW) (PSG)    STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE HEARING ON PLAINTIFFS'
RENEWED MOTION FOR CLASS CERTIFICATION

Randall Allen
Michael P. Kenny
Erica Fenby
Alston & Bird
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309

Carol A. Rutter
Mark G. Arnold
Robyn D. Buck
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63102

Frank Falzetta
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

*Counsel for Defendants*

-3-

Case No. C06-01962 (JW) (PSG)   STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

**PROPOSED ORDER**

Pursuant to Stipulation and for good cause shown,

IT IS SO ORDERED.

Dated_____   _____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — /s/ James Ware — Judge James Ware]

James Ware
United States District Chief Judge