1  James McManis, State Bar No. 40958
2  Michael Reedy, State Bar No. 161002
   MCMANIS FAULKNER
3  50 W. San Fernando St., Tenth Floor
   San Jose, CA 95113
4  Telephone: (408) 279-8700
   Telecopy: (408) 279-3244
5  jmcmanis@mcmanislawlaw.com; mreedy@mcmanislaw.com

6  Attorneys for the Plaintiffs
7  [Additional counsel appear on signature page]

*IT IS SO ORDERED*
*James Ware*
Judge James Ware

8           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

9  SARAH PEREZ;                              )
10 MICHELLE LACKNEY;                         )
   RACHEL STEWART;                           )
11 RACHEL HARDYCK,                           )
   on behalf of themselves and all others    )  CASE NO. CO6-1962 (JW) (PSG)
12 similarly situated,                       )
                                             )
13                                           )
           Plaintiffs,                       )
14                                           )
       v.                                    )
15                                           )
   STATE FARM MUTUAL AUTOMOBILE              )
16 INS. CO., an Illinois corporation;        )  STIPULATION AND ORDER
                                             )  AS TO CONFIDENTIALITY
17 ALLSTATE INDEMNITY CO., an Illinois       )  OF DATA PRODUCED BY
18  corporation;                             )  CCC INFORMATION
                                             )  SERVICES, INC. AND
19 GEICO GENERAL INSURANCE CO.,              )  MITCHELL INTERNATIONAL,
   a Maryland corporation;                   )  INC.
20                                           )
   CERTIFIED AUTOMOTIVE PARTS ASS=N.,        )
21 a Delaware corporation                    )
                                             )
22 LIBERTY MUTUAL FIRE INS CO.,              )
23 a Massachusetts corporation; and          )
                                             )
24 UN-NAMED INSURANCE CONSPIRATORS           )
                                             )
25         Defendants.                       )

26
27
28

Stipulation and Order                                Case No. 5:06-01962 (JW) (PSG)

1

Herein the Parties seek a stipulation as to the confidentiality of certain third-party discovery and show the Court as follows:

1. In May of 2011, Plaintiffs served document subpoenas under the authority of the United States District Court for the Northern District of Illinois and the United States District Court for the Southern District of California on CCC Information Services, Inc. ("CCC") and Mitchell International Inc. ("Mitchell"), respectively, seeking data as to repair-parts usage in part for purposes of modeling alleged class-wide antitrust pricing injury for asserted members of the proposed State Farm and GEICO Classes.

2. After receipt of Doc. 581 Plaintiffs negotiated independently with CCC and Mitchell to limit the production at this time to that they believe needed to support the class certification motion and as limited by the Court's Order of November 29, 2011.

3. CCC and Mitchell have asked that the parties treat all data respectively produced by CCC or Mitchell as "Highly Confidential/Outside Counsel Only" under Paragraphs 1.4 *et seq.* of the Protective Order in this matter (Docket No. 376) and the Parties concur.

4. By making the production, the Parties also stipulate that neither CCC nor Mitchell International are subjecting themselves to the jurisdiction of this Court for purposes of the enforcement of the subpoenas or otherwise.

IT IS SO STIPULATED ON DECEMBER 14, 2011.

| | |
|---|---|
| 1   **By //s//**_____ | **By //s//**_____ |
| 2   **On Behalf of All Plaintiffs** | **On Behalf of All Defendants** |

1  
2  
3   James McManis  
4   Michael Reedy  
    McManis Faulkner  
5   50 W. San Fernando St.  
    San Jose, CA 95113  
6   Telephone: (408) 279-8700  
7   jmcmanis@mcmanislawlaw.com  
    mreedy@mcmanislaw.com  
8  
9   Colleen Duffy-Smith  
    Morgan Duffy-Smith & Tidalgo LLP  
10  1960 The Alameda, Suite 220  
    San Jose CA 95126  
11  Telephone:  (408) 244-4570  
12  cduffysmith@mdstlaw.com  
13  R. Stephen Berry  
14  (D.C. Bar No. 234815)  
    Berry Law PLLC  
15  1717 Pennsylvania Ave., NW  
    Suite 450  
16  Washington, DC 20006  
17  Telephone: (202) 296-3020  
    sberry@berrylawpllc.com  
18  
19  Steven F. Benz  
    D.C. Bar No. 428026  
20  Andrew Hetherington  
    D.C. Bar No. 490434  
21  Kellogg, Huber, Hansen, Todd, Evans,  
22   & Figel, PLLC  
    1615 M Street, NW, Suite 400  
23  Washington, DC 20036  
24  Telephone: (202) 326-7900  
    sbenz@khhte.com  
25  ahetherington@khhte.com  
26  ATTORNEYS FOR PLAINTIFFS  
27  
28  

Richard L. Fenton  
SNR Denton US LLP  
233 S. Wacker Drive, Suite 7800  
Chicago, IL 60606  
Telephone: (312) 876-8000  
richard.fenton@snrdenton.com  

Steven H. Frankel  
Bonnie Lau  
SNR Denton US LLP  
525 Market Street, 26th Floor  
San Francisco, CA 94105  
steven.frankel@snrdenton.com  
bonnie.lau@snrdenton.com  

ATTORNEYS FOR DEFENDANT  
ALLSTATE INDEMNITY COMPANY  

Raoul Kennedy  
Richard J. Zuromski, Jr.  
Skadden, Arps, Slate, Meagher & Flom LLP  
525 University Avenue  
Palo Alto, CA 94301  
Telephone: (650) 470-4500  
raoul.kennedy@skadden.com  
richard.zuromski@skadden.com  

ATTORNEYS FOR DEFENDANT  
STATE FARM MUTUAL AUTOMOBILE  
INSURANCE COMPANY

| | |
|---|---|
| 1 | Sheila Carmody |
| 2 | Ian Fischer |
| | Snell & Wilmer |
| 3 | One Arizona Center |
| 4 | Phoenix, AZ 85004 |
| | Telephone: (602) 382-6268 |
| 5 | scarmody@swlaw.com |
| | ifischer@swlaw.com |
| 6 | |
| 7 | ATTORNEYS FOR DEFENDANT GEICO GENERAL INSURANCE COMPANY |
| 8 | |
| 9 | |
| | Michael P. Kenny |
| 10 | Cari Dawson |
| | Erica Ghali |
| 11 | Alston & Bird |
| 12 | One Atlantic Center |
| | 1201 W. Peachtree Street |
| 13 | Atlanta, GA 30309 |
| 14 | Telephone: (404) 881-7179 |
| | mkenny@alston.com |
| 15 | cdawson@alston.com |
| 16 | |
| | ATTORNEYS FOR DEFENDANT |
| 17 | CERTIFIED AUTOMOTIVE PARTS ASSOCIATION |
| 18 | |
| 19 | Carol A. Rutter |
| | Mark G. Arnold |
| 20 | Husch Blackwell LLP |
| | 190 Carondelet Plaza, Suite 6090 |
| 21 | St. Louis, MO 63105 |
| 22 | Telephone: (314) 480-1500 |
| | carol.rutter@husch.com |
| 23 | mark.arnold@husch.com |
| 24 | |
| | ATTORNEYS FOR DEFENDANT |
| 25 | LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| 26 | |
| 27 | |
| 28 | |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 15, 2011

_____
Hon. James Ware
United States District Chief Judge