1  James McManis, State Bar No. 40958
Michael Reedy, State Bar No. 161002
2  MCMANIS FAULKNER
50 W. San Fernando St., Tenth Floor
3  San Jose, CA 95113
Telephone: (408) 279-8700
4  Telecopy: (408) 279-3244
jmcmanis@mcmanislawlaw.com; mreedy@mcmanislaw.com
5

6  Attorneys for the Plaintiffs
[Additional counsel appear on signature page]
7

IT IS SO ORDERED

*James Ware* (signature)

Judge James Ware

8  UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9

10  **SARAH PEREZ;**
**MICHELLE LACKNEY;**
**RACHEL STEWART;**
11  **RACHEL HARDYCK,**
on behalf of themselves and all others
12  similarly situated,

13              Plaintiffs,

14       v.

15  **STATE FARM MUTUAL AUTOMOBILE**
16  **INS. CO.,** an Illinois corporation;

17  **ALLSTATE INDEMNITY CO.,** an Illinois
18   corporation;

19  **GEICO GENERAL INSURANCE CO.,**
a Maryland corporation;
20

21  **CERTIFIED AUTOMOTIVE PARTS ASS=N.,**
a Delaware corporation

22  **LIBERTY MUTUAL FIRE INS CO.,**
23  a Massachusetts corporation; and

24  **UN-NAMED INSURANCE CONSPIRATORS**

25              Defendants.

CASE NO. CO6-1962 (JW) (PSG)

**STIPULATION AND ORDER**
**AS TO CONFIDENTIALITY**
**OF DATA PRODUCED BY**
**CCC INFORMATION**
**SERVICES, INC. AND**
**MITCHELL INTERNATIONAL,**
**INC.**

26

27

28

---

**Stipulation and Order**

**1**

**Case No. 5:06-01962 (JW) (PSG)**

1    Herein the Parties seek a stipulation as to the confidentiality of certain third-party discovery

2    and show the Court as follows:

3

4        1.      In May of 2011, Plaintiffs served document subpoenas under the authority of the

5    United States District Court for the Northern District of Illinois and the United States District Court

6    for the Southern District of California on CCC Information Services, Inc. ("CCC") and Mitchell

7    International Inc. ("Mitchell"), respectively, seeking data as to repair-parts usage in part for purposes

8    of modeling alleged class-wide antitrust pricing injury for asserted members of the proposed State

9

10   Farm and GEICO Classes.

11       2.      After receipt of Doc. 581 Plaintiffs negotiated independently with CCC and Mitchell

12   to limit the production at this time to that they believe needed to support the class certification

13   motion and as limited by the Court's Order of November 29, 2011.

14

15       3.      CCC and Mitchell have asked that the parties treat all data respectively produced by

16   CCC or Mitchell as "Highly Confidential/Outside Counsel Only" under Paragraphs 1.4 *et seq.* of the

17   Protective Order in this matter (Docket No. 376) and the Parties concur.

18

19       4.      By making the production, the Parties also stipulate that neither CCC nor Mitchell

20   International are subjecting themselves to the jurisdiction of this Court for purposes of the

21   enforcement of the subpoenas or otherwise.

22   IT IS SO STIPULATED ON DECEMBER 14, 2011.

23

24

25

26

27

28

---

**Stipulation and Order**                                    **Case No. 5:06-01962 (JW) (PSG)**

1   By //s//_____        By //s//_____

2         **On Behalf of All Plaintiffs**                     **On Behalf of All Defendants**

3   James McManis                                   Richard L. Fenton
    Michael Reedy                                   SNR Denton US LLP
4   McManis Faulkner                                233 S. Wacker Drive, Suite 7800
5   50 W. San Fernando St.                          Chicago, IL 60606
    San Jose, CA 95113                              Telephone: (312) 876-8000
6   Telephone: (408) 279-8700                       richard.fenton@snrdenton.com
7   jmcmanis@mcmanislawlaw.com
    mreedy@mcmanislaw.com
8                                                   Steven H. Frankel
    Colleen Duffy-Smith                             Bonnie Lau
9   Morgan Duffy-Smith & Tidalgo LLP                SNR Denton US LLP
10  1960 The Alameda, Suite 220                     525 Market Street, 26th Floor
    San Jose CA 95126                               San Francisco, CA 94105
11  Telephone:  (408) 244-4570                      steven.frankel@snrdenton.com
12  cduffysmith@mdstlaw.com                         bonnie.lau@snrdenton.com

13  R. Stephen Berry                                ATTORNEYS FOR DEFENDANT
    (D.C. Bar No. 234815)                           ALLSTATE INDEMNITY COMPANY
14  Berry Law PLLC
15  1717 Pennsylvania Ave., NW
    Suite 450                                       Raoul Kennedy
16  Washington, DC 20006                            Richard J. Zuromski, Jr.
17  Telephone: (202) 296-3020                       Skadden, Arps, Slate, Meagher & Flom LLP
    sberry@berrylawpllc.com                         525 University Avenue
18                                                  Palo Alto, CA 94301
    Steven F. Benz                                  Telephone: (650) 470-4500
19  D.C. Bar No. 428026                             raoul.kennedy@skadden.com
20  Andrew Hetherington                             richard.zuromski@skadden.com
    D.C. Bar No. 490434
21  Kellogg, Huber, Hansen, Todd, Evans,            ATTORNEYS FOR DEFENDANT
      & Figel, PLLC                                 STATE FARM MUTUAL AUTOMOBILE
22  1615 M Street, NW, Suite 400                    INSURANCE COMPANY
23  Washington, DC 20036
24  Telephone: (202) 326-7900
    sbenz@khhte.com
25  ahetherington@khhte.com

26  ATTORNEYS FOR PLAINTIFFS

27

28
_____
**Stipulation and Order**                                          **Case No. 5:06-01962 (JW) (PSG)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sheila Carmody
Ian Fischer
Snell & Wilmer
One Arizona Center
Phoenix, AZ 85004
Telephone: (602) 382-6268
scarmody@swlaw.com
ifischer@swlaw.com

ATTORNEYS FOR DEFENDANT GEICO
GENERAL INSURANCE COMPANY


Michael P. Kenny
Cari Dawson
Erica Ghali
Alston & Bird
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7179
mkenny@alston.com
cdawson@alston.com

ATTORNEYS FOR DEFENDANT
CERTIFIED AUTOMOTIVE PARTS
ASSOCIATION

Carol A. Rutter
Mark G. Arnold
Husch Blackwell LLP
190 Carondelet Plaza, Suite 6090
St. Louis, MO 63105
Telephone: (314) 480-1500
carol.rutter@husch.com
mark.arnold@husch.com

ATTORNEYS    FOR    DEFENDANT
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

---

**Stipulation and Order**

4

**Case No. 5:06-01962 (JW) (PSG)**

1

## **ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: December 15, 2011

5

6

Hon. James Ware

7

United States District Chief Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28