1  Michael P. Kenny *(Admitted Pro Hac Vice)*
   Christopher A. Riley *(Admitted Pro Hac Vice)*
2  Melissa Mahurin Whitehead *(Admitted Pro Hac Vice)*
   ALSTON & BIRD LLP
3  1201 West Peachtree Street NW
   Atlanta, Georgia 30309
4
   Telephone:  (404) 881-7000
5  Facsimile:   (404) 881-7777

6  Of Counsel for Defendant Certified Automotive Parts
   Association

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., an Illinois corporation; ALLSTATE INS. CO., an Illinois corporation; GEICO, a Maryland corporation, CERTIFIED AUTOMOTIVE PARTS ASS'N, doing business in Washington, D.C.; LIBERTY MUTUAL INS. CO., a Massachusetts corporation; and UN-NAMED INSURANCE CONSPIRATORS,<br><br>Defendants. | No. C 06-1962 JW<br><br>**[PROPOSED] ORDER ON NOTICE OF WITHDRAWAL OF COUNSEL ERICA L. FENBY**<br><br><br><br><br><br><br><br><br><br>Honorable James Ware |

SEEGER • SALVAS LLP

Having considered the Notice by counsel for Defendant Certified Automotive Parts Association of the withdrawal of Erica L. Fenby as its counsel, and good cause appearing therefore, it is SO ORDERED.

DATED: __July 10__, 2012.

By _____
James Ware
United States District Judge