Michael P. Kenny *(Admitted Pro Hac Vice)*
Christopher A. Riley *(Admitted Pro Hac Vice)*
Melissa Mahurin Whitehead *(Admitted Pro Hac Vice)*
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309

Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

Of Counsel for Defendant Certified Automotive Parts Association

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., an Illinois corporation; ALLSTATE INS. CO., an Illinois corporation; GEICO, a Maryland corporation, CERTIFIED AUTOMOTIVE PARTS ASS'N, doing business in Washington, D.C.; LIBERTY MUTUAL INS. CO., a Massachusetts corporation; and UN-NAMED INSURANCE CONSPIRATORS,<br><br>Defendants. | No. C 06-1962 JW<br><br>[PROPOSED] **ORDER ON NOTICE OF WITHDRAWAL OF COUNSEL ERICA L. FENBY**<br><br><br><br><br><br><br><br><br><br><br><br>Honorable James Ware |

SEEGER • SALVAS LLP

1  Having considered the Notice by counsel for Defendant Certified
2  Automotive Parts Association of the withdrawal of Erica L. Fenby as its counsel,
3  and good cause appearing therefore, it is SO ORDERED.

DATED: ___July 10___, 2012.

By _____
James Ware
United States District Judge

SEEGER • SALVAS LLP