**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sarah Perez, et al., | NO. C 06-01962 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| State Farm Mut. Auto. Ins. Co., et al., | |
| Defendants. | |

Pursuant to the Court August 27, 2012 Order Denying Plaintiffs' Motion to File an Amended Complaint; Denying Plaintiffs' Motion for Leave to File a Motion for Reconsideration, and Granting Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendants State Farm Mutual Automobile Insurance Company, GEICO General Insurance Company, Allstate Indemnity Company, Liberty Mutual Fire Insurance Company, and Certified Automotive Parts Association, and against Plaintiffs Sarah Perez, Michelle Lackney, Rachel Stewart, and Rachel Hardyck.

The Clerk shall close this file.

Dated:  August 29, 2012

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew M. Hetherington ahetherington@khhte.com
Bonnie Lau bonnie.lau@snrdenton.com
Bonnie Lau bonnie.lau@snrdenton.com
Brian J. Devine bdevine@seegersalvas.com
Cari K. Dawson cari.dawson@alston.com
Carol A. Rutter carol.rutter@husch.com
Carol A. Rutter carol.rutter@huschblackwell.com
Christopher Allen Riley chris.riley@alston.com
Colleen Duffy-Smith cduffysmith@mdstlaw.com
David A. DeGroot ddegroot@sheppardmullin.com
Frank Falzetta ffalzetta@sheppardmullin.com
Ian M. Fischer ifischer@swlaw.com
Ian M. Fischer ifischer@swlaw.com
James McManis jmcmanis@mcmanislaw.com
Joseph Anthony Cancila jcancila@schiffhardin.com
Kenneth Mark Seeger kseeger@seegersalvas.com
Mark G. Arnold mark.arnold@huschblackwell.com
Melissa Mahurin Whitehead melissa.whitehead@alston.com
Michael Gannon Reedy mreedy@mcmanislaw.com
Michael P. Kenny mike.kenny@alston.com
Randall Lee Allen randall.allen@alston.com
Raoul Dion Kennedy raoul.kennedy@skadden.com
Richard John Zuromski rzuromsk@skadden.com
Richard L. Fenton rfenton@sonnenschein.com
Robert J. Gibson hgibson@swlaw.com
Robert Stephen Berry sberry@berrylawpllc.com
Robyn Denise Buck robyn.buck@huschblackwell.com
Sheila K Carmody scarmody@swlaw.com
Steven F. Benz sbenz@khhte.com
Steven F. Benz sbenz@khhte.com
Steven H. Frankel steven.frankel@snrdenton.com

**Dated: August 29, 2012**                        **Richard W. Wieking, Clerk**

                                                         **By:    /s/ JW Chambers**
                                                                 **William Noble**
                                                                 **Courtroom Deputy**