**E-FILED on** 9/20/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ et al.; on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO. et al.,<br><br>        Defendants. | No. C-06-01962 JW<br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR REASSIGNMENT AND REOPENING OF DOCKET |

The court hereby grants plaintiffs' unopposed request to reassign this matter and reopen the docket in light of the retirement of Judge Ware.  The clerk shall reassign the case.

DATED:     9/20/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFFS' REQUEST FOR REASSIGNMENT AND REOPENING OF DOCKET—No. C-06-01962 JW