1

2

3

4                                                    **E-FILED on** __9/20/12_____

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| 12  SARAH PEREZ et al.; on behalf of themselves and all others similarly situated, | No. C-06-01962 JW |
| 13 | |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' |
| 14 | REQUEST FOR REASSIGNMENT AND |
| v. | REOPENING OF DOCKET |
| 15 | |
| STATE FARM MUTUAL AUTOMOBILE INS. CO. et al., | |
| 16 | |
| 17  Defendants. | |
| 18 | |

19
        The court hereby grants plaintiffs' unopposed request to reassign this matter and reopen the
20  docket in light of the retirement of Judge Ware.  The clerk shall reassign the case.

21

22

23  DATED:      __9/20/12_____        _Ronald M Whyte_____
                                              RONALD M. WHYTE
24                                            United States District Judge

25

26

27

28

ORDER GRANTING PLAINTIFFS' REQUEST FOR REASSIGNMENT AND REOPENING OF DOCKET—No. C-06-01962 JW