UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., an Illinois corporation; ALLSTATE INDEMNITY CO., an Illinois corporation; GEICO GENERAL INSURANCE CO., a Maryland corporation; CERTIFIED AUTOMOTIVE PARTS ASS'N., a Delaware corporation; LIBERTY MUTUAL FIRE INS. CO., a Massachusetts corporation; and UN-NAMED INSURANCE CONSPIRATORS,<br><br>Defendants. | Case No.: 06-CV-1962-LHK<br><br>ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS |

On September 12, 2012, Defendant State Farm Mutual Automobile Insurance Company electronically filed its Bill of Costs with two exhibits. ECF No. 694. These exhibits contained private information covered by Federal Rule of Civil Procedure 5.2(a). Consequently, Defendant State Farm Mutual Automobile Insurance shall file an amended redacted version of ECF No. 694 in order to comply with the privacy protections of Rule 5.2(a). The Clerk of the Court shall permanently lock the original document.

**IT IS SO ORDERED.**

Dated: October 25, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 06-CV-1962-LHK
ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS