**United States District Court**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RAQUEL CHAVEZ, | ) | Case No.: 5:12-CV-04393-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING HEARING ON |
| | ) | DEFENDANTS' MOTION TO DISMISS |
| WASHINGTON MUTUAL BANK; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); JPMORGAN CHASE BANK, N.A., and all such persons claiming by through or under such person, all persons unknown, claiming any legal or equitable title, estate lien or interest in the property described in the complaint adverse to plaintiff's title thereto; and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |

The hearing on Defendants' Motion to Dismiss, which was scheduled for March 7, 2013, is hereby CONTINUED to June 6, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: February 1, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge