<table>
<tr><td></td><td></td></tr>
</table>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ; MICHELLE LACKNEY; RACHEL STEWART; RACHEL HARDYCK, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., an Illinois corporation; ALLSTATE INDEMNITY CO., an Illinois corporation; GEICO GENERAL INSURANCE CO., a Maryland corporation; CERTIFIED AUTOMOTIVE PARTS ASS'N, a Delaware corporation, LIBERTY MUTUAL FIRE INS. CO., a Massachusetts corporation; and UN-NAMED INSURANCE CONSPIRATORS,<br><br>           Defendants. | Case No.: 5:06-CV-01962-LHK<br><br>ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO VACATE ORDERS DENYING CLASS CERTIFICATION AND LEAVE TO AMEND, AND TO SET ASIDE OR AMEND FINDINGS PURSUANT TO FED. R. CIV. P. 60, 52 |

The hearing on Plaintiffs' Motion to Vacate Orders Denying Class Certification and Leave to Amend, and to Set Aside or Amend Findings Pursuant to Fed. R. Civ. P. 60, 52, which was

scheduled for February 28, 2013, is hereby CONTINUED to June 20, 2013, at 1:30pm.  The case management conference scheduled for February 28, 2013, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 1, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 5:06-CV-01962-LHK
ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO VACATE ORDERS DENYING CLASS CERTIFICATION AND LEAVE TO AMEND, AND TO SET ASIDE OR AMEND FINDINGS PURSUANT TO FED. R. CIV. P. 60, 52