UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH PEREZ, et al., on behalf of themselves and all others similarly situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., et al.,<br><br>                        Defendants. | Case No.: 06-CV-01962-LHK<br><br>ORDER VACATING HEARING |

Pursuant to Civil Local Rule 7-1(b), the Court finds Plaintiffs' Motion to Vacate the Orders Denying Class Certification and Leave to Amend, ECF No. 705, and Plaintiffs' Motion for Relief from Summary Judgment, ECF No. 706, appropriate for determination without oral argument. Accordingly, the hearing scheduled for June 20, 2013, is hereby VACATED. The Court will issue an order on these motions shortly.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 06-CV-01962-LHK
ORDER VACATING HEARING