UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

July 18, 2013

**CASE INFORMATION:**
Short Case Title:  <u>SARAH PEREZ</u>-v- <u>STATE FARM MUTUAL AUTO INSURANCE CO.</u>
Court of Appeals No.
U.S. District Court, Division & Judge Name: <u>US District Court Northern District of California, San Jose Division, Judge Lucy H. Koh</u>
Criminal and/or Civil Case No.: <u>CV 06-01962 LHK</u>
Date Complaint/Indictment/Petition Filed: <u>3/14/2006</u>
Date Appealed order/judgment *entered* <u>6/21/2013</u>
Date NOA *filed* <u>7/17/13</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)       ☐ denied in full (send record)
                           ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: <u>Lee-Anne Shortridge 408-288-4580</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>7/17/13</u>                    Date Docket Fee Billed:
Date FP granted:                                        Date FP denied:
Is FP pending?  ☐ yes  ☐ no                             Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:

**Colleen Duffy-Smith**
Morgan Duffy-Smith & Tidalgo
1960 The Alameda
Suite 220
San Jose, CA 95126
408/244-4570
Fax: 408/423-8830
Email: cduffysmith@mdstlaw.com

**Robert Stephen Berry**
Berry Law PLLC
1717 Pennsylvania Avenue, NW
Suite 450
Washington, DC 20006

202-296-3020

Fax: 202-296-3038
Email: sberry@berrylawpllc.com

Appellee Counsel:

**Raoul Dion Kennedy**
Skadden Arps Slate Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301
650-470-4500
Fax: 650-470-4570
Email: raoul.kennedy@skadden.com

**Richard John Zuromski , Jr.**
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301
650-470-4500
Fax: 650-470-4570
Email: rzuromsk@skadden.com

**Richard L. Fenton**
Dentons US LLP
Chicago Office
7800 Sears Tower
Chicago, IL 60606
312-876-7442
Fax: 312-876-7934
Email: rfenton@sonnenschein.com


**Steven H. Frankel**
Denton US LLP
525 Market Street
26th Floor
San Francisco, CA 94105-2708
415/882-5000
Fax: 415/882-0300
Email: steven.frankel@dentons.com


**Bonnie Lau**
Dentons US LLP
525 Market Steet
26th Floor
San Francisco, CA 94105-2708
415-882-5083

Fax: 415-882-0300
Email: bonnie.lau@dentons.com

**Sheila K Carmody**
Snell & Wilmer LLP
600 Anton Boulevard
Suite 1400
Costa Mesa, CA 92626
714-427-7000
Email: scarmody@swlaw.com

**Michael P. Kenny**
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: mike.kenny@alston.com

**Carol A. Rutter**
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
(314) 480-1500
Email: carol.rutter@husch.com

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                       9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Sandy Morris</u>
                                                    408-535-5361